Scott N. Schools (SCBN 990)
United States Attorney
Joann M. Swanson (SBN 88143)
Chief, Civil Division
James Scharf (CSBN 152171)
Assistant United States Attorney

   150 Almaden Blvd
   Suite 900
   San Jose, CA 95113
   Tel:  408-535-5044
   FAX:  408-535-5081
   james.scharf@usdoj.gov

Attorneys for Defendant John E. Potter,
United States Postmaster General

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MARILYN LEE,<br><br>        Plaintiff,<br><br>vs.<br><br>JOHN E. POTTER, UNITED STATES POSTMASTER GENERAL,<br><br>        Defendants. | CASE NO. C-07-2540 BZ<br><br>DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE |

     Defendant, John E. Potter, United States Postmaster General, through counsel, James A. Scharf, Assistant United States Attorney, hereby declines to proceed before a Magistrate Judge and requests that this case be re-assigned to a District Court Judge.  Defendant further requests that the Case Management Conference currently set for August 27, 2007, before Magistrate Judge Zimmerman, go off calendar, pending re-assignment.

DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE
Case No. C-07-2540 BZ

1 | Dated: August 6, 2007          Respectfully submitted,

          SCOTT N. SCHOOLS
          United States Attorney


          _____/S/_____

          James A. Scharf
          Assistant U.S. Attorney

DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE
Case No. C-07-2540 BZ

**CERTIFICATE OF SERVICE**

1 
2    The undersigned hereby certifies that she is an employee of the Office of the United
3 States Attorney for the Northern District of California and is a person of such age and discretion
4 to be competent to serve papers.  The undersigned further certifies that she is causing a copy of
5 the following:

**ANSWER OF DEFENDANT**

**Marilyn Lee v. John E. Potter, et al.**

**C 07-2540 BZ**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

- [√] **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.
- [ ] **CERTIFIED MAIL** (#) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.
- [ ] **PERSONAL SERVICE (BY MESSENGER)**
- [ ] **FEDERAL EXPRESS via Priority Overnight**
- [ ] **FACSIMILE (FAX)**  Telephone No.:  See Below

to the party(ies) addressed as follows:

Daniel Ray Bacon, Esq., Attorney at Law
234 Van Ness Avenue,
San Francisco, CA  94102-4515

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Executed on August 6, 2007 at San Francisco, California.


                               _____/s/_____
                               MANIK BOWIE
                               Legal Assistant


DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE
Case No. C-07-2540 BZ