1  Scott N. Schools (SCBN 990)
   United States Attorney
2  Joann M. Swanson (SBN 88143)
   Chief, Civil Division
3  James Scharf (CSBN 152171)
   Assistant United States Attorney

4

5      150 Almaden Blvd
       Suite 900
6      San Jose, CA 95113
       Tel:  408-535-5044
7      FAX:  408-535-5081
       james.scharf@usdoj.gov
8

9  Attorneys for Defendant John E. Potter,
   United States Postmaster General
10

11              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
12                  OAKLAND DIVISION

13  MARILYN LEE,                    )
                                    )
14              Plaintiff,          )
                                    )
15  vs.                             )     CASE NO. C-07-2540 SBA
                                    )
16                                  )
    JOHN E. POTTER, UNITED STATES   )
17  POSTMASTER GENERAL,             )     DEFENDANT'S ADR CERTIFICATION
                  Defendants.       )
18  _____ )

19        Pursuant to Civil L.R. 16-12, the undersigned certifies that he has read the brochure

20  entitled "Dispute Resolution Procedures in the Northern District of California," or the specified

21  portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available

22  dispute resolution options provided by the court and private entities and considered whether this

23  case might benefit from any of them.

24  Dated: September 14, 2007            Respectfully submitted,

25                                       SCOTT N. SCHOOLS
                                         United States Attorney
26

27                                       _____/S/_____

28                                       James A. Scharf
                                         Assistant U.S. Attorney

DEFENDANT'S ADR CERTIFICATION
Case No. C-07-2540 SBA