Scott N. Schools (SCBN 990)
United States Attorney
Joann M. Swanson (SBN 88143)
Chief, Civil Division
James Scharf (CSBN 152171)
Assistant United States Attorney

    150 Almaden Blvd
    Suite 900
    San Jose, CA 95113
    Tel:  408-535-5044
    FAX:  408-535-5081
    james.scharf@usdoj.gov

Attorneys for Defendant John E. Potter,
United States Postmaster General

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| MARILYN LEE, | ) |
|     Plaintiff, | ) |
| vs. | )  CASE NO. C-07-2540 SBA |
| JOHN E. POTTER, UNITED STATES POSTMASTER GENERAL, | )  DEFENDANT'S ADR STATEMENT |
|     Defendants. | ) |

    The parties have agreed to participate in a settlement conference conducted by a Magistrate Judge after defendant's anticipated motion for summary judgment has been adjudicated.  Accordingly, the parties do not request an ADR conference at this time.

Dated: September 14, 2007        Respectfully submitted,

                                    SCOTT N. SCHOOLS
                                    United States Attorney


                                _____/S/_____

                                James A. Scharf
                                Assistant U.S. Attorney

DEFENDANT'S ADR STATEMENT
Case No. C-07-2540 SBA