1 | DANIEL RAY BACON, ESQUIRE, State Bar # 103866
LAW OFFICES OF DANIEL RAY BACON
2 | 234 Van Ness Avenue
San Francisco, California 94102-4515
3 | Telephone: (415) 864-0907
Facsimile: (415) 864-0989
4
Attorney for Plaintiff
5 | MARYILYN LEE

6                    UNITED STATES DISTRICT COURT

7                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9 | MARILYN LEE,                          )
                                          )
10 |     Plaintiff,                        ) CASE NO. C-07-2540 SBA
                                          )
11 | vs.                                   )
                                          )
12 | JOHN E. POTTER,                       ) PLAINTIFF'S AND PLAINTIFF'S
     UNITED STATES                         ) COUNSEL'S ADR CERTIFICATION
13 | POSTMASTER GENERAL, UNITED            )
     STATES POSTAL SERVICE,                )
14 | (CAPITAL METRO AREA), AGENCY,         )
     UNITED STATES OF AMERICA,             )
15                                         )
                                           )
16 |     Defendant.                         )
                                           )
17

18

19

20
        Pursuant to Civil Local Rule 16-8(b) and ADR Local Rule. 3-5(b), each of the undersigned
21
certifies that he or she has:
22
        (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of
23
California" on the Court's ADR Internet Site www.adr.cand.uscourts.gov ;
24
        (2) Discussed the available dispute resolution options provided by the Court and private entities;
25
and
26
        (3) Considered whether this case might benefit from any of the available dispute resolution
27

28 | ADR CERTIFICATION

1 | options.

DATED: September 20, 2007

*/s/ Marilyn Lee*
MARILYN LEE
PLAINTIFF

LAW OFFICES OF DANIEL RAY BACON

DATED: September 20, 2007

*/s/ Daniel Ray Bacon*
DANIEL RAY BACON
ATTORNEY FOR PLAINTIFF

ADR CERTIFICATION     2