**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL CASE MANAGEMENT CONFERENCE MINUTES**

**Date:** 9/27/07

C-07-02540 SBA          **JUDGE: SAUNDRA BROWN ARMSTRONG**

**Title:**             LEE vs. POTTER
**Atty.:** DANIEL BACON          JAMES SCHARF

**Deputy Clerk:** Lisa R. Clark          **Court Reporter:** N/R
**PROCEEDINGS**
Plt   DFT
( )  ( ) **1. TELEPHONE CASE MANAGEMENT CONFERENCE - HELD**
( )  ( ) **2.**
( )  ( ) **3.**
( )  ( ) **4.**
( ) Motion(s)   ( ) Granted      ( ) Denied      ( ) Off Calendar
         ( ) Granted/Part  ( ) Denied/Part  ( ) Submitted
(X) Order to be prepared by  ( ) Plaintiff  ( )Deft  (X) Court

**RESULT OF CASE MANAGEMENT CONFERENCE**
Case Continued to_____for a Telephone Case Management Conference at  p.m.
Case Continued to_____for  OSC RE:_____
Case Continued to_____for_____Motion Hearing
Brief Sched. Motion papers by_____Opposition by_____Reply by_____
General Discovery Cut-off 5/16/08   Expert Discovery Cut-off_____
Plft to name Experts by  5/21/08          Deft to name Experts by 5/21/08
All Dispositive Motions to be heard by ( Motion Cut-off) 6/24/08
Case Continued to 9/9/08    for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due 8/19/08   Motions in limine/objections to evidence due 9/2/08  Responses to motions in limine and/or responses to objections to evidence due 8/26/08
Case Continued to 9/22/08   for Trial(Court/Jury:  4       Days) at 8:30 a.m.
( X) REFERRED TO MAGISTRATE  CHEN  FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
 Notes: MANDATORY SETTLEMENT CONFERENCE TO BE HELD DURING THE MONTH OF JULY BEFORE MAG. CHEN; PARTIES REQUEST A EARLY SETTLEMENT CONFERENCE WITH MAG. CHEN DURING THE MONTH OF JANUARY 2008
cc: WINGS HOM VIA FAX