**In the United States District Court**
**for the Northern District of California**

Settlement Conference Minutes
U.S. Magistrate Judge Edward M. Chen

**Date:**         January 17, 2008

**Court Reporter:**      Not Recorded

**Case No.:**      C-07-2540 SBA (EMC)

**Case Name:**   Marilyn Lee v. John E. Potter

**Counsel:**
**Plf:**   Daniel Ray Bacon                    **Def:**   James A. Scharf


**Outcome of Settlement Conference:**

_____        Settled

_____        Partial settlement

____X____        Did not settle

_____        Other:

**Notes:** Further Settlement Conference scheduled for July 22, 2008, at 9:30 a.m.; Court to issue
scheduling order

**Time:** 4.25 hours


_____/s/_____
Leni Doyle, Deputy Clerk


cc:     EMC, SBA