1  Daniel Ray Bacon, Esquire, SB # 103866
   LAW OFFICES OF DANIEL RAY BACON
2  234 Van Ness Avenue
   San Francisco, California 94102-4515
3  Telephone: (415) 864-0907
   Facsimile:  (415) 864-0989
4  Email:  bacondr@aol.com

5  ATTORNEYS FOR PLAINTIFF
   MARILYN N. LEE
6
   Joseph P. Russoniello (SBN 44332)
7  United States Attorney
   Joann M. Swanson (SBN 88143)
8  Chief, Civil Division
   James A. Scharf (SBN 152171)
9  Assistant United States Attorney
   150 Almaden Blvd., Suite 900
10 San Jose, CA 95113
   Telephone: (408) 535-5044
11 Facsimile: (408) 535-5081
   Email: james.scharf@usdoj.gov
12
   ATTORNEYS FOR DEFENDANT
13 JOHN E. POTTER
   UNITED STATES POSTMASTER GENERAL
14

15

16
                    UNITED STATES DISTRICT COURT
17
                    NORTHER DISTRICT OF CALIFORNIA
18
                           OAKLAND DIVISION
19 MARILYN N. LEE,                )   CASE NO.  C-07-2540
                                  )
20       Plaintiff,                )
                                  )
21    v.                           )   STIPULATION AND PROPOSED
                                  )   ORDER RE DISCOVERY AND
22 JOHN E. POTTER, UNITED STATES  )   MOTION FOR SUMMARY
   POSTMASTER                     )   JUDGMENT
23 GENERAL,                       )
                                  )
24       Defendant.                )
                                  )
25

26

27

28

1  Whereas, the deposition of plaintiff has been completed;

2  Whereas, the plaintiff will depose one witness on April 18;

3  Whereas, the plaintiff seeks to depose 3 or 4 additional witnesses, which are in the
4  process of being scheduled;

5  Whereas, the plaintiff plans on serving a request for production of documents;

6  Whereas, under the current schedule, discovery currently cuts off on May 16, 2008;

7  Whereas, under the current schedule, dispositive motions shall be heard by June 24, 2008;

8  Whereas, the parties seek additional time to complete the above stated discovery before
9  defendant's motion for summary judgment is due.

10  Whereas, plaintiff's attorney is currently working on a case set for trial in May, where his
11  client is dying of cancer;

12  Whereas, the PTC is currently set for September 9, 2008;

13  Whereas, plaintiff's attorney will be traveling abroad on September 9, 2008;

14  Whereas, a Further Settlement Conference is currently set for July 22, 2008;

15  Whereas, the parties desire the Further Settlement Conference to occur after defendant's
16  motion for summary judgment is adjudicated, in the event it is denied in whole or in part.

17  Therefore, the parties, through counsel, hereby stipulate to the following:

18  1. Discovery shall cut off on June 27, 2008 (was May 16, 2008).

19  2. Dispositive motions shall be heard by August 5, 2008 (was June 24, 2008);

20  3. The Further Settlement Conference shall occur after defendant's motion for summary
21  judgment is adjudicated, at a date to be determined by Magistrate Judge Chen.

22  4. The PTC shall occur on September 16, 2008 (was September 9, 2008).

23  5. All other dates shall remain in the effect.

1

| | | |
|---|---|---|
| 1 | March 28, 2008 | LAW OFFICES OF DANIEL RAY BACON |
| 2 | | _____/S/_____ |
| | | DANIEL RAY BACON |
| 3 | | ATTORNEY FOR PLAINTIFF |
| | | MARILYN N. LEE |

March 28, 2008                    UNITED STATES ATTORNEY

_____/S/_____
JAMES A. SCHARF
ASSISTANT U.S. ATTORNEY
ATTORNEY FOR DEFENDANT
JOHN E. POTTER

GOOD CAUSE APPEARING, IT IS SO ORDERED:

_____
April __, 2008                    UNITED STATES DISTRICT COURT JUDGE

2