1  Daniel Ray Bacon, Esquire, SB # 103866
   LAW OFFICES OF DANIEL RAY BACON
2  234 Van Ness Avenue
   San Francisco, California 94102-4515
3  Telephone: (415) 864-0907
   Facsimile:  (415) 864-0989
4  Email:  bacondr@aol.com

5  ATTORNEYS FOR PLAINTIFF
   MARILYN N. LEE
6
   Joseph P. Russoniello (SBN 44332)
7  United States Attorney
   Joann M. Swanson (SBN 88143)
8  Chief, Civil Division
   James A. Scharf (SBN 152171)
9  Assistant United States Attorney
   150 Almaden Blvd., Suite 900
10 San Jose, CA 95113
   Telephone: (408) 535-5044
11 Facsimile: (408) 535-5081
   Email: james.scharf@usdoj.gov
12
   ATTORNEYS FOR DEFENDANT
13 JOHN E. POTTER
   UNITED STATES POSTMASTER GENERAL
14

15

16
                   UNITED STATES DISTRICT COURT
17
                 NORTHERN DISTRICT OF CALIFORNIA
18
                        OAKLAND DIVISION
19 MARILYN N. LEE,                 )    CASE NO.  C-07-2540
                                   )
20        Plaintiff,               )
                                   )
21    v.                           )    STIPULATION AND PROPOSED
                                   )    ORDER RE DISCOVERY AND
22 JOHN E. POTTER, UNITED STATES   )    MOTION FOR SUMMARY
   POSTMASTER                      )    JUDGMENT
23 GENERAL,                        )
                                   )
24        Defendant.               )
   _____)
25

26

27

28

1    Whereas, the deposition of plaintiff has been completed;

2    Whereas, the plaintiff will depose one witness on April 18;

3    Whereas, the plaintiff seeks to depose 3 or 4 additional witnesses, which are in the

4    process of being scheduled;

5    Whereas, the plaintiff plans on serving a request for production of documents;

6    Whereas, under the current schedule, discovery currently cuts off on May 16, 2008;

7    Whereas, under the current schedule, dispositive motions shall be heard by June 24, 2008;

8    Whereas, the parties seek additional time to complete the above stated discovery before

9    defendant's motion for summary judgment is due.

10    Whereas, plaintiff's attorney is currently working on a case set for trial in May, where his

11    client is dying of cancer;

12    Whereas, the PTC is currently set for September 9, 2008;

13    Whereas, plaintiff's attorney will be traveling abroad on September 9, 2008;

14    Whereas, a Further Settlement Conference is currently set for July 22, 2008;

15    Whereas, the parties desire the Further Settlement Conference to occur after defendant's

16    motion for summary judgment is adjudicated, in the event it is denied in whole or in part.

17    Therefore, the parties, through counsel, hereby stipulate to the following:

18    1.  Discovery shall cut off on July 27, 2008 (was May 16, 2008).

19    2.  Dispositive motions shall be heard by September 16, 2008 (was June 24, 2008);

20    3.  The Further Settlement Conference shall occur after defendant's motion for summary

21    judgment is adjudicated, at a date between September 9, 2008 and September 26, 2008, to be

22    determined by Magistrate Judge Chen.

23    4.  The PTC shall occur on October 21, 2008 (was September 9, 2008) and all documents

24    submitted for the PTC shall be submitted to the Court by September 30, 2008.

25

26

27

28

1

1    5.  Motions in Limine shall be due on October 7, 2008 and the responses to the Motions

2  in Limine shall be due on October 14, 2008.

3    6.  The Trial shall occur on October 27, 2008

4    7.  All other dates shall remain in the effect.

5

6  April 10, 2008                     LAW OFFICES OF DANIEL RAY BACON

7                                            _____-s-_____
                                            DANIEL RAY BACON
8                                            ATTORNEY FOR PLAINTIFF
                                            MARILYN N. LEE

9

10 April 10, 2008                     UNITED STATES ATTORNEY

11

12
                                            _____-s-_____
13                                           JAMES A. SCHARF
                                            ASSISTANT U.S. ATTORNEY
14                                           ATTORNEY FOR DEFENDANT
                                            JOHN E. POTTER
15
   GOOD CAUSE APPEARING, IT IS SO ORDERED:
16

17
                                            _____
18 April __, 2008                     UNITED STATES DISTRICT COURT JUDGE

19

20

21

22

23

24

25

26

27

28
                                                  2