UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN LEE, | No. C-07-2540 SBA (EMC) |
|        Plaintiff, | |
|    v. | **CLERK'S NOTICE** |
| JOHN E. POTTER, | |
|        Defendant. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Settlement Conference set for July 22, 2008, at 9:30 a.m. before Magistrate Judge Edward M. Chen has been changed to **September 30, 2008, at 9:30 a.m.**

♦ **Settlement Conference statements shall be lodged by hard copy only with Judge Chen's Chambers by September 23, 2008. Statements shall not be electronically filed.**

All other provisions of this Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect.

///
///
///
///
///
///

1   The parties shall notify Magistrate Judge Chen's secretary, Leni Doyle, **immediately** at
2   (415) 522-4050 if this case settles prior to the date set for Settlement Conference.

4   Dated: June 10, 2008                     RICHARD W. WIEKING, CLERK

6                                             By: _____/s/_____
7                                                  Leni Doyle
                                                   Deputy Clerk