JOSEPH P. RUSSONIELLO (SCBN 44332)
United States Attorney
JOANN M.. SWANSON (CSBN 88143)
Chief, Civil Division
JAMES A. SCHARF (CSBN 152171)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5082
   FAX: (408) 535-5081

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARILYN LEE, | CASE NO. C 07-254 SBA |
|    Plaintiff, | DECLARATION OF JAMES A. SCHARF IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| JOHN E. POTTER, UNITED STATES POSTMASTER GENERAL, | Date: September 16, 2008<br>Time: 1:00 p.m.<br>Courtroom: #3<br>Judge: Hon. Saundra Brown Armstrong |
|    Defendant. | |

I, JAMES A. SCHARF, DECLARE THE FOLLOWING:

1. I am an Assistant United States Attorney and counsel of record for the Federal Defendant in this case.

2. The statements made in this Declaration are made on the basis of my personal knowledge and/or review of my file. I have personal knowledge of the matters in this declaration and could competently testify if called upon as a witness.

DECLARATION OF JAMES A. SCHARF IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
CASE NO. C 07-254 SBA                     -1-

3. Attached as Exhibit A to this declaration are true and correct copies of excerpts from the deposition of Marilyn Lee taken January 2, 2008.

4. Attached as Exhibit B to this declaration are true and correct copies of excerpts from the deposition of William Atkins taken April 18, 2008.

5. Attached as Exhibit C to this declaration are true and correct copies of excerpts from the deposition of Kathleen Mary O'Leary taken May 22, 2008.

6. Attached as Exhibit D to this declaration are true and correct copies of excerpts from the deposition of Kaycee Graham taken May 29, 2008.

6. Attached as Exhibit E to this declaration are true and correct copies of excerpts from the deposition of Michael Ahern taken May 29, 2008.

7. Attached as Exhibit F to this declaration are true and correct copies of excerpts from the deposition of Sheilah Castor taken May 30, 2008.

8. Attached as Exhibit G to this declaration is a true and correct copy of the January 2003 petition signed by plaintiff, which was attached as Exhibit 10 to the deposition of Kaycee Graham taken May 29, 2008.

9. Attached as Exhibit H to this declaration is a true and correct copy of the FY 2004 Year End Evaluation of Marilyn Lee, dated November 5, 2004, which was attached as Exhibit 2 to the deposition of William Atkins taken April 18, 2008.

10. Attached as Exhibit I to this declaration is a true and correct copy of the Investigative Questions for William Atkins and his responses contained in the investigative file for Equal Employment Opportunity Case No. 66-000-0053-05, filed by Marilyn Lee, which was attached as Exhibit 3 to the deposition of William Atkins taken April 18, 2008.

11. Attached as Exhibit J to this declaration is a true and correct copy of a letter drafted by William Atkins on September 16, 2005, which was attached as Exhibit 6 to the deposition of William Atkins taken April 18, 2008.

12. Attached as Exhibit K to this declaration is a true and correct copy of the declaration of Sally Diaz contained in the investigative file for Equal Employment Opportunity Case No. 66-000-0053-05, which was filed by Marilyn Lee.

13. Attached as Exhibit L to this declaration is a true and correct copy of the medical diagnosis and report of Marilyn Lee by Dr. Carroll M. Brodsky, M.D., dated September 8, 2005.

14. Attached as Exhibit M to this declaration is a true and correct copy of Marilyn Lee's statements in reference to a June 2003 meeting regarding the petition, dated August 1, 2005, and the actual statements Lee made at the June 2003 meeting.

15. Attached as Exhibit N to this declaration is a true and correct copy of a Postal Inspection Service letter placing plaintiff on administrative leave, dated July 15, 2005, which was attached as exhibit 31 to the deposition of Sheilah Castor taken May 30, 2008.

I declare under penalty of perjury, that the matter and facts set forth in this Declaration correct and true.

Executed on this 15th date of July, 2008, in San Jose, CA

                                                                                            /S/
                                                James A. Scharf
                                                Assistant United States Attorney