# Exhibit E

```
 1            IN THE UNITED DISTRICT COURT OF THE STATE OF CALIFORNIA
 2                         IN THE NORTHERN DISTRICT
 3
 4   MARILYN LEE,                    )
                                     )
 5         Plaintiff,                )
                                     )
 6                                   )
                                     )   Case No. C-07-2540SBA(e
 7         vs.                       )
                                     )   Volume 1
 8   JOHN E. POTTER, UNITED STATES   )
     POSTMASTER GENERAL, UNITED      )   Pages 1 thru 84
 9   STATES POSTAL SERVICE (Capital  )
     Metro Area) AGENCY, UNITED      )
10   STATES of AMERICA,              )
                                     )
11                                   )
         Defendants.                 )
12                                   )
                                     )
13   _____)
14
15                         Deposition of
16                         MICHAEL AHERN
17                         May 29, 2008
18
19   Reported by:
20   Colleen Alvarado CSR # 11987                 COPY
21   _____
22                    JAN BROWN & ASSOCIATES
23                 CERTIFIED SHORTHAND REPORTERS
24   701 Battery Street, 3rd Floor, San Francisco, California 94111
25                       (415) 981-3498
```

1

| | | |
|---|---|---|
| 1 | | retired. |
| 2 | Q | How long was Wisniewski in the position in San Francisco? |
| 3 | A | The detailed position? |
| 4 | Q | Yes. |
| 5 | A | I'd say approximately -- approximately six months to the |
| 6 | | best of my knowledge. |
| 7 | Q | And then who is Mr. Katz?  He was an attorney for the |
| 8 | | agency? |
| 9 | A | Mr. Katz is the general counsel. |
| 10 | Q | Did he participate in the executive board or -- |
| 11 | A | Yes, yes, he was in executive board meetings. |
| 12 | Q | And you don't recall whether he was in that meeting in San |
| 13 | | Francisco or not? |
| 14 | | MR. SCHARF:  Objection.  Ambiguous.  Can you |
| 15 | | clarify what you mean. |
| 16 | | MR. BACON: |
| 17 | Q | The June of '03 meeting. |
| 18 | A | I don't recall.  He could have been.  I just remember |
| 19 | | Birch was there, and my focus was on listening to Marilyn |
| 20 | | Lee.  I was really kind of focussed on Marilyn Lee. |
| 21 | | I just don't -- I don't recall a big crowd being |
| 22 | | there, but I was there and I was oblivious.  I just don't |
| 23 | | recall with the passage of time |
| 24 | Q | Do you recall if Greg Gamach was there? |
| 25 | | MR. SCHARF:  All these questions are the meeting |

JAN BROWN & ASSOCIATES (415) 981-3498

```
 1             with the Marilyn?
 2                  MR. BACON:  In June of '03.
 3                  MR. SCHARF:  There may have been meetings with
 4             other people that day.  We're talking about the meeting
 5             with Marilyn.  Do you understand that that's what he was
 6             talking about?
 7                  THE WITNESS:  Right, June of 2003.  Was Greg
 8             Gamach in the meeting?  I don't recall.
 9                  MR. BACON:
10   Q         And was this meeting held at the Marriott Courtyard Hotel?
11   A         Yes, I think it was, yes.  I think I recall it being
12             off-site, yes.
13   Q         Who do you recall speaking in the meeting besides Marilyn
14             Lee?
15   A         Speaking?  I recall Jim Birch speaking.
16   Q         Anyone else you recall speaking besides Mr. Birch and
17             Ms. Lee?  Did you say anything in the meeting?
18   A         I was there to listen, but I introduced myself, hello
19             Marilyn.  I would have gone through the introduction type
20             thing.
21   Q         Did Marilyn -- do you recall Marilyn telling you what the
22             purpose for the meeting was?
23   A         I think she wanted to clarify her role with the petition
24             or something like that.  That's -- I think that's what she
25             was doing.
```

38

```
 1              I had no idea she had signed any petition, but
 2         she mentioned that at that meeting.  So, again, I was
 3         just there listening and, you know, I just know that she
 4         was emotional at times when she was reading something.
 5    Q    Did she cry during the meeting?
 6    A    I believe she -- yes.  Not the entire meeting, no, but
 7         were there periods of time when she reached certain things
 8         she was discussing -- and like I said, she got emotional
 9         and occasionally in that discussion she would cry.  She
10         was visibly upset.  But by that I don't mean she was out
11         of control or anything like that.
12    Q    Did she mention in this meeting in June of 2003 that
13         Inspector In Charge Kiel had discussed with Ahern signing
14         the petition?
15    A    I honestly don't recall.
16    Q    Did she say that she was fearful of being retaliated
17         against for signing the petition?
18    A    I don't recall her saying that.  But, you know, her body
19         language, you know, being emotional, you know, that's
20         maybe something that, you know -- no, I just don't recall
21         that word being discussed at that time.  Again, this is
22         something that happened five years -- four, five years
23         ago.  I just don't remember all the details.
24    Q    If Marilyn Lee said that Jim Birch, Larry Katz, you,
25         Wisniewski, and Campbell and Donnelly were in this
```

39

1  A   No, they are not supposed to be. There's not to be
2      supposed any retaliation. I think in management
3      conferences, any discussion or training they have on EEO
4      or things like, that it would be brought up. So it would
5      be discussed in a training-conference mode so --
6          MR. BACON: I have no further questions. Thank
7      you.
8
9                  EXAMINATION BY MR. SCHARF
10         MR. SCHARF: I just have a few.
11 Q   You were asked questions about what you were told about
12     the petition.
13         Were you ever told that the petition was alleging
14     unlawful employment discrimination practices?
15 A   No.
16 Q   You participated in this meeting with Marilyn and
17     Mr. Birch and others, did you understand the major focus
18     on her complaint to be an allegation that the agency
19     engaged in unlawful employment discrimination practices?
20 A   No.
21 Q   Did you ever tell Mr. Atkins that Marilyn participated in
22     that interview?
23 A   No.
24 Q   Did -- to your knowledge, did anybody ever tell Mr. Atkins
25     that Marilyn participated in that interview?

80

```
 1              MR. BACON:  What interview are you talking
 2     about?
 3              MR. SCHARF:
 4  Q  The one where she met with the ombudsman and Mr. Ahern, I
 5     guess --
 6  A  So any other?
 7  Q  -- perhaps others as a follow up with the petition.
 8  A  Am I aware -- could you repeat the question?
 9  Q  Do you have personal knowledge that anybody told
10     Mr. Atkins that Marilyn participated in that --
11  A  No, I don't have any knowledge of that.  My recollection,
12     Atkins wasn't an INC until months after that -- appointed
13     INC until months after that.  You said that's the meeting
14     of June 2003?
15  Q  June 2003.  Did you ever tell Atkins that Marilyn signed
16     the petition?
17  A  No.
18  Q  And do you have any personal knowledge as to -- that
19     anybody ever told Atkins that Marilyn had signed the
20     petition?
21  A  I don't have any personal knowledge that anyone else said
22     that to Mr. Atkins.
23              MR. SCHARF:  Okay.  Those are all the questions
24     I have.
25
```

81

```
1              FURTHER EXAMINATION BY MR. BACON
2              MR. BACON:
3   Q   Didn't Marilyn Lee, in the meeting of June 2003, tell you
4       that she had felt that Juiliana Nedd had treated Wanda
5       Smith differently than she treated other people in the
6       division?
7   A   I recall her being upset, I said earlier, about Juiliana
8       Nedd and her management practices.  And, you know,
9       specifically -- I mean, I don't recall Wanda Smith, which
10      you asked about earlier about that, but that she -- "she"
11      being Juiliana Nedd -- was perceived by Marilyn Lee to
12      engage in favoritism.  That's kind of what I recall.  But
13      I don't recall specifics, you know, about a Wanda Smith.
14  Q   But what she was complaining about -- when you say
15      "favoritism" -- was that Marilyn Lee had said in this
16      meeting and it's reflected in her notes that she felt that
17      Juiliana had treated different employees disparedly and
18      not equally; correct?
19  A   Well, I remember my recollection is that Juiliana Nedd
20      favored some individuals over others in her management
21      practices and in her style, I guess you could say --
22      management style.
23            MR. BACON:  I have no further questions.
24            MR. SCHARF:  We're done.  Thank you.
25
```

1     (Whereupon, the deposition was concluded at
2  4:32 p.m.)
3
4
5                             _____
                                  MICHAEL AHERN
6
7                                ---oOo---
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

83

```
 1  STATE OF CALIFORNIA      )  SS
 2           I do hereby certify that the witness in
 3  the foregoing deposition was by me duly sworn to
 4  testify to the truth, the whole truth, and nothing
 5  but the truth in the within-entitled cause; that
 6  said deposition was taken at the time and place
 7  therein stated; that the testimony of said witness
 8  was reported by me, a certified shorthand reporter
 9  and a disinterested person, and was under my
10  supervision thereafter transcribed into typewriting,
11  and when so transcribed was carefully read to or by
12  the said witness, and, being in every desire, was
13  thereafter by the said witness duly subscribed; that
14  if unsigned by the witness, signature has been
15  waived in accordance with stipulation between
16  counsel for the respective parties.
17           And I further certify that I am not of
18  counsel or attorney for either or any of the parties
19  to said deposition nor in any way interested in the
20  outcome of the cause named in said caption.
21           IN WITNESS WHEREOF, I have hereunder subscribed my
22     hand this 17th day of June, 2008.
23
24                          _____
                                  COLLEEN ALVARADO
25                             Certified Shorthand Reporter
```

84