# Exhibit F

SHEILAH CASTOR - MAY 30, 2008

1          IN THE UNITED DISTRICT COURT OF THE STATE OF CALIFORNIA

2                    IN THE NORTHERN DISTRICT

3

4    MARILYN LEE,                       )
                                        )
5         Plaintiff,                    )
                                        )
6                                       )
            vs.                         )    Case No. C-07-2540SBA
7                                       )
                                        )        Volume 1
8    JOHN E. POTTER, UNITED STATES      )
     POSTMASTER GENERAL, UNITED         )    Pages 1 thru 108
9    STATES POSTAL SERVICE (Capital     )
     Metro Area) AGENCY, UNITED         )
10   STATES of AMERICA,                 )
                                        )
11                                      )
            Defendants.                 )
12                                      )
     _____)

13

14

15                        Deposition of

16                        SHEILAH CASTOR

17                        May 30, 2008

18

19   Reported by:

20   Colleen Alvarado CSR # 11987                  COPY

21   ------------------------------------------------------------

22                   JAN BROWN & ASSOCIATES

23              CERTIFIED SHORTHAND REPORTERS

24   701 Battery Street, 3rd Floor, San Francisco, California 94111

25                       (415) 981-3498

1

| | | |
|---|---|---|
| 1 | A | Yes, sir. |
| 2 | Q | When?  What time period were you her immediate supervisor? |
| 3 | A | During the time that she was in the admin center. |
| 4 | Q | So during the time that she was the secretary to |
| 5 | | Mr. Atkins, you didn't have any involvement in supervision |
| 6 | | at that time? |
| 7 | A | No, sir. |
| 8 | Q | And do you recall when she was -- when Marilyn Lee was put |
| 9 | | into that supervisor position in the administration |
| 10 | | center? |
| 11 | A | I don't recall the exact date. |
| 12 | Q | And after Marilyn Lee was in the secretary -- or in the |
| 13 | | admin center position, did Marilyn Lee ever request that |
| 14 | | she be returned to the secretary position? |
| 15 | A | Yes, sir. |
| 16 | Q | Did she make that request on more than one occasion? |
| 17 | A | Yes, sir. |
| 18 | Q | How many times did she make the request? |
| 19 | A | More than once. |
| 20 | Q | More than five times? |
| 21 | A | I couldn't say exactly how many. |
| 22 | Q | Less than 10? |
| 23 | A | Possibly. |
| 24 | Q | And did she make that request to you on any occasion? |
| 25 | A | Yes, sir. |

24

| | | |
|---|---|---|
| 1 | Q | When do you recall the first time she had asked to be |
| 2 | | returned to the secretary position? |
| 3 | | When do you recall the first time she had asked |
| 4 | | to be returned to the secretary position? |
| 5 | A | I'm not sure what the exact time line would have been |
| 6 | | during that period. |
| 7 | Q | Do you recall telling Marilyn Lee in June of 2004 that she |
| 8 | | cannot go back into the secretary position? |
| 9 | A | No, sir. |
| 10 | Q | What did you say the first time Marilyn Lee requested to |
| 11 | | be returned to the secretary position?  What was your |
| 12 | | response? |
| 13 | A | We need you in the admin center. |
| 14 | Q | Was there anyone else available to do the supervisor |
| 15 | | position in the admin center other Marilyn Lee at the time |
| 16 | | she was asking to be returned to the secretary position? |
| 17 | | MR. SCHARF:  Objection.  The word "available" is |
| 18 | | ambiguous.  Are you saying that to mean qualified? |
| 19 | | MR. BACON: |
| 20 | Q | Were there other people available to be assigned either |
| 21 | | temporarily or permanently into the supervisor position in |
| 22 | | the administrative center during the time that Marilyn Lee |
| 23 | | had made that request? |
| 24 | | MR. SCHARF:  I don't know what you mean by the |
| 25 | | word "available."  Do you know what he means by the word |

25

1  Q    You had gone by that time back to Seattle?

2  A    We all left the same day.

3  Q    What do you mean by you all?  Who is "all"?

4  A    We had 16 people leave.

5  Q    And are referring to a reduction in force?

6  A    Yes, sir.

7  Q    And when was that?

8  A    The end of September 2006.

9  Q    Do you know if Ms. Cabano ever temporarily performed any

10      of the duties as a supervisor in the admin center after

11      she was transferred out of that position or moved out of

12      that position?

13 A    I don't believe so.

14 Q    I just want know make sure I understand your testimony.

15      Is it your recollection that you told Marilyn Lee

16      that -- well, strike that.

17      What was the last thing that you recall telling

18      Marilyn Lee when she had made the last request to you to

19      be returned to her secretary position?  What do you

20      recall telling her?

21 A    That she was needed in the admin center.  That we felt

22      that she was doing a good job there.  That I felt that she

23      had progressed farther than a secretary -- than her skill

24      as a secretary would take her.  That's what I recall.

25 Q    Did you ever tell her that she just couldn't come back to

31

1           that job under any circumstances?

2    A     I don't know that I would have said under any

3          circumstances.  But, yeah, I believe that that would have

4          been something I said -- that she wouldn't go back to the

5          secretary job.

6    Q     So during the time that you were still in San Francisco,

7          you never -- you're not aware that that secretary position

8          of Marilyn Lee's was ever made available to her as far as

9          returning to it?

10   A     I'm sorry.  What?

11   Q     In other words, during the time you were here, Marilyn was

12         always told that she was not going to be returned to the

13         secretary position; correct?

14   A     I don't think she was told that consistently.  I think she

15         was told consistently that she we needed her to supervise

16         in the admin center.

17   Q     Did you ever witness Marilyn Lee making a request of

18         Mr. Atkins that she be returned to the secretary position?

19   A     No.

20   Q     Did you have any discussions with Mr. Atkins about Marilyn

21         Lee's request to be returned to the secretary position?

22   A     I believe I discussed it with Mr. Atkins one of the times

23         that Marilyn had asked me.

24   Q     And when was that approximately?

25   A     I couldn't say specifically when.

32

SHEILAH CASTOR - MAY 30, 2008

1       center supervisor.

2   Q   Looking at number 25, you mentioned here you have no

3       direct knowledge of the petition.  What petition are you

4       talking about there?

5               MR. SCHARF:  You know, it's -- I believe those

6       are questions that concerned -- I mean, these are answers

7       that correspond to questions.  And the actual question

8       there's a reference to the petition.  She doesn't have a

9       copy of the questions.

10              MR. BACON:  Let me rephrase it.

11  Q   Do you recall an issue coming up where a petition was

12      submitted to an ombudsman regarding the San Francisco

13      division?

14  A   I understood that there was, yes.

15  Q   And you say here you had no direct knowledge.  How did you

16      learn of that petition if you didn't have any direct

17      knowledge?

18  A   Ms. Lee provided this information.  I have no direct

19      knowledge of the petition referred to.

20  Q   When did you first learn of this petition?

21  A   When I read about it in Marilyn's application with CA-2.

22  Q   What's a CA-2?

23  A   OWCP form, non-injury being off work.

24  Q   Did you have -- so I take it that you had no discussions

25      with Marilyn Lee at all before she left her employment

                                                          54

1      with the Inspection Service about this petition?

2  A   Not that I recall.

3  Q   Okay.  Do you recall Mr. Wisniewski or Mr. Donnelly coming

4      to San Francisco --

5  A   Yes.

6  Q   -- during the time you were there?

7  A   Yes.

8  Q   Do you have any knowledge as to why they came to San

9      Francisco?

10 A   They came -- I believe they came at first to fill the

11     assistant inspectors in charge positions.

12 Q   Was that just on a temporary basis?

13 A   Yes.

14 Q   How long -- first of all, was it Wisniewski that came out

15     for that position?

16 A   I believe they both came out.  I think one of them had one

17     of the AIC jobs, and the other guy had the other AIC job.

18 Q   What understanding, if any, did you have as to why they

19     were coming out to fill those two positions?

20 A   Because the ACIs we had were reassigned.

21 Q   Do you know why those AICs were reassigned?

22 A   No.

23 Q   Were you told anything as to why those other two AICs were

24     reassigned?

25 A   No.  I believe one was in line for a promotion at

                                                          55

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | And what did you say and what did he say about that? |
| 3 | A | It was Marilyn who told me. |
| 4 | Q | What did Marilyn tell you about discussions with Ray Hang? |
| 5 | A | She told me that she had talked to Ray Hang, and that she |
| 6 | | expressed that she wasn't happy in the position that she's |
| 7 | | in.  That Ray Hang said he could talk to Bill, and she |
| 8 | | told him that he didn't have to do that. |
| 9 | Q | And I just want to be clear about your testimony regarding |
| 10 | | this petition. |
| 11 | | Is it your testimony that you didn't know about |
| 12 | | any petition at all until after Marilyn Lee had left and |
| 13 | | she had filed her Department of Labor request for |
| 14 | | benefits? |
| 15 | A | I had no direct knowledge of the petition until Marilyn |
| 16 | | said something about it in her application. |
| 17 | Q | Does that imply you had some indirect knowledge? |
| 18 | A | I had heard a rumor of some petition being signed.  I |
| 19 | | didn't know what it was about, never saw it, didn't know |
| 20 | | who had signed it.  I just heard something about a |
| 21 | | petition going to headquarters.  I thought it had gone to |
| 22 | | headquarters.  I did not know it went to the ombudsman. |
| 23 | Q | Can you tell me what this rumor was that you heard? |
| 24 | A | Just that -- that there was some petition went to |
| 25 | | headquarters and a bunch of people signed it. |

71

1       involvement with Ms. Post; correct?

2  A    I'm sorry.  Say that again.

3  Q    You were never questioned regarding any EEO of a Marion

4       Post; correct?

5  A    No.

6  Q    Okay.  Did you ever hear Mr. Atkins make compliments about

7       Marilyn Lee's work as a supervisor?

8  A    Well, he -- we talked about how good a job she was doing

9       as the admin center supervisor, and he made favorable

10      comments in her performance evaluation.

11  Q    Was there dissension in the staff of the admin center

12      support staff prior to Marilyn Lee taking that position?

13  A    Yes.

14  Q    And how would you describe that dissension?

15  A    The staff had a problem dealing with Ms. Cabano and her

16      mode of supervising.

17  Q    Did Ms. Cabano ever complain to you that employees were

18      not performing well in her department when she was still

19      the supervisor in the admin center?

20  A    I don't recall, but she may have.

21  Q    Did Mr. Atkins recommend certain coursework for Marilyn

22      Lee to take to assist her in her management and leadership

23      issues as a supervisor, if you know?

24  A    Did Bill recommend any?

25  Q    Yes.

83

1  A    No, not that I recall.

2  Q    Did Mr. Atkins send Marilyn Lee to any training in

3       St. Louis in July of 2004?

4  A    Yes.

5  Q    And what kind of training was that, if you know?

6  A    It was for investigative analyst, which was a position

7       that the Inspection Service was developing, and we had an

8       opportunity to send someone to that training.  We could

9       only send one person, and we sent Marilyn.

10  Q    Did she go for that training while she was in the

11       secretary position or was this while she was in the

12       supervisor position?

13  A    I don't know.

14  Q    And in 2005 do you know about Marilyn Lee being sent for

15       some diversity liaison training?

16  A    Yes.

17  Q    And what was that for?

18  A    The agency was developing a diversity liaison position at

19       each field division.  We could send one person, and we

20       sent Marilyn.

21  Q    And how long was Marilyn out of the office for that

22       training, if you recall?

23  A    I don't recall.  I believe it was less -- a week or less.

24       I don't think it was more than a week.

25  Q    How about the training in St. Louis?  How long was that?

84

1    A     Yes.

2    Q     And it describes here about inquires about the difference

3          between a EAS-14 and EAS-16 trying to upgrade all to 16's?

4    A     The discussion was whether or not they was going to

5          upgrade EAS-14 secretary positions at Postal to EAS-16 and

6          would this would have an effect on our EAS-14's within the

7          Inspection Service.

8    Q     But to your knowledge that has never been done?

9    A     No.

10           MR. BACON:  I have no further questions.

11

12                  EXAMINATION BY MR. SCHARF

13            MR. SCHARF:

14    Q     You testified you discussed with Mr. Atkins Marilyn's

15          request to be reassigned out the supervisory position and

16          back to the the secretary position.  Mr. Atkins asked for

17          your input?

18    A     Yes.

19    Q     He asked for your recommendation?

20    A     Yes.

21    Q     You gave -- it was your recommendation that Marilyn remain

22          as a supervisor?

23    A     Yes.

24    Q     And what was the basis for that recommendation?

25    A     Well, she was doing a good job, and the employees weren't

90

1        crying or complaining.  And I didn't have any complaints

2        from inspectors that they lacked support.  From what I

3        could tell, she was doing an excellent job where she was,

4        and there was no reason to move her.

5   Q    And Mr. Atkins seem receptive to your recommendation?

6   A    Yes.

7   Q    What did he say in response?

8   A    He said basically if it's not broke, don't fix it.

9   Q    So at the time you made this recommendation, were you

10       aware that Marilyn had signed a petition?

11  A    No.

12  Q    Were you aware that Marilyn had participated in a

13       petition-related interview?

14  A    Is that the meeting?

15  Q    Yeah.  She alleges that after she signed the petition, she

16       met with the ombudsman relating to the petition.

17            Were you aware she either signed the petition or

18       that she participated in an interview with the ombudsman

19       at the time that you made a recommendation to Mr. Atkins

20       to keep her on as a supervisor?

21  A    No.

22  Q    Okay.  Can you give us a little snapshot on what the

23       administrative center was like before Marilyn became

24       supervisor?

25  A    Well, I think that some of the problems in admin center

91

1    had been longstanding.  There were individuals who had

2    problems with absenteeism, not coming to work on Fridays

3    or not coming to work on Mondays.

4        One person had a record of being chronically late

5    anywhere from 15 minutes late to hours and hours late.

6    And that coupled with a supervisor who was very

7    autocratic in her supervisory technique, the employees

8    were unhappy in general, and the problems still existed.

9  Q    You thought there was dissension among those ranks?

10 A    I'm sure there was.  There was one incident, and this

11   actually wasn't the incident that precipitated the final

12   move when they took Cabano out, but there was an issue

13   with timekeeping and whether or not an employee should

14   have to fill out a leave slip for being seven minutes late

15   to work.

16       And for some reason that really hit a nerve among

17   the support employees, and three of them came to me

18   complaining about having to fill out a leave slip for

19   being seven minutes late.

20       What finally precipitated Cabano's being taken

21   out of there was a meeting with one support staff where

22   she was doing -- not a disciplinary counseling, but she

23   was trying to give this one employee some guidance on how

24   to do a particular task.

25       And the woman she was working with, the employee,

92

```
 1         be her nature is very shy and tends not to look directly
 2         at people when she talks to them.  And Anita yelled at
 3         her to look at me, and the woman just fell apart.
 4              So one of the woman's coworker came to me and
 5         said, you know, this is what he was happened, and this
 6         can't go on.  And I spoke with the affected employee.
 7         Then I spoke with Ms. Cabano, and I talked to Bill, and
 8         the decision was made to put someone else in the admin
 9         center.
10    Q    So before she became supervisor, there were performance
11         issues and moral issues?
12    A    Yes.
13    Q    And you attributed that at least, in part, to the
14         autocratic style of the supervisor, Ms. Cabano?
15    A    Right.
16    Q    Now, give us a snapshot on how did the administrative
17         center improved with respect to the performance issues and
18         moral issues that you described under Marilyn's leadership
19         and supervision?
20    A    Well, Marilyn -- one of the first conversations that
21         Marilyn and I had after she took over in the admin center
22         was how her review of the operations in there disclosed
23         that people -- that she felt one of the causes for people
24         being unhappy in there was the fact that they didn't feel
25         valued.  They didn't feel that their knowledge was
```

93

1    utilized correctly.

2            And she started making suggestions about how we

3    could change things and how to check changes, processes,

4    and procedures.  How to standardized procedures so that

5    people were doing things the same way every time.  And

6    she implemented all of those things.

7            I saw a marked improvement in the moral in there.

8    And I thought that Marilyn was flourishing in the

9    position.

10  Q    Now, before you had learned that Marilyn allegedly made

11       some statements about hurting herself, had you ever formed

12       the opinion that she was experiencing serious mental

13       illness as a result of being the supervisor in that unit?

14  A    No.

15  Q    You mentioned something about how the supervisor position

16       would be effected by the reduction in force, but not the

17       secretary position.

18            Are you able to state whether it would have been

19       likely had Marilyn just stayed, as you had asked her to

20       stay, when the reduction in force occurred, would she

21       have been reassigned out of the supervisor job and given

22       some other job?

23  A    She would have gone back to the secretary job because that

24       was her bid position.

25  Q    Now, with respect to the Mr. Atkins, had you ever heard

                                                          94

SHEILAH CASTOR - MAY 30, 2008

1        Mr. Atkins make a statement regarding Marilyn that you

2        considered discriminatory or retaliatory, such as I'm

3        angry that she signed the petition or participated in a

4        petition interview?  Or I feel that by her doing that she

5        is betraying us or anything that you would construe to be

6        a statement by Atkins that you considered to be

7        retaliatory or discriminatory?

8    A   Never.

9    Q   Did Mr. Atkins ever make any statements to you where he

10       indicated that he was aware that Marilyn had signed a

11       petition or participated in a petition-related interview?

12   A   No.

13   Q   Before Marilyn Lee left, did she ever come to you and make

14       a complaint that she felt that management was somehow

15       retaliating against her or punishing her for participating

16       in the petition process, signing the petition, or

17       participating in the petition interview?

18   A   No.

19   Q   That letter that was an exhibit, the administrative leave

20       letter that Marilyn got, is that a standard form letter

21       that all similarly situated employees --

22   A   Yes.

23   Q   -- receive?

24   A   Yes.

25   Q   In other words, nobody wrote it individually tailoring it

95

 1           to Marilyn's situation?

 2   A      Well, that's what you have to do.  You take an admin

 3          leave, and then you tailor it in terms of who they're

 4          supposed to contact, the times they have to call -- that

 5          kind of thing.  But, no, that's a standard human recourse

 6          generated letter.

 7                   MR. BACON:  Just to clarify, the letter you're

 8          talking about is Exhibit 31?

 9                   THE WITNESS:  Yes.

10                   MR. SCHARF:

11   Q      So the -- you had some testimony about details being

12          temporary.

13                   Was there any promise or guarantee made to

14          Marilyn as to how long her detail to be supervisor would

15          last?

16   A      No.

17   Q      And is there any standard -- what is -- if a detail is

18          temporary, how long can a temporary detail last?

19   A      A temporary detail can last as few as 14 days, and it

20          could be -- I've seen a detail last up to years.

21   Q      You were shown a questionnaire that you had completed

22          regarding Marilyn's EEO complaint -- you called it

23          interrogatory answers?

24   A      Yes.

25   Q      And you were being truthful and accurate when you

                                                            96

1  completed that form?

2 A Yes.

3 Q You offered some testimony today about there was a point

4  where you were considering switching Marilyn from being a

5  supervisor to some other position, but you never actually

6  made that switch; do you recall?

7 A Yes.

8 Q Okay.  Why didn't you make that switch?

9 A Basically Marilyn left in July of '05.  And what I had

10  planned to do was make a switch at the beginning of the

11  next fiscal year.

12    Because the Postal Service has this marvelous

13  program called pay for performance, it's an arduous

14  system to work with, and the person I was going to switch

15  her with, Barbara Mendes, had 13 people to evaluate.  I

16  didn't think it would be fair to drop Marilyn into that

17  part of it.  I wanted to wait until the end of the fiscal

18  year to make the switch.

19    MR. SCHARF:  Those are all the questions I have.

20

21    FURTHER EXAMINATION BY MR. BACON

22    MR. BACON:

23 Q You just said Marilyn Lee did not leave or Marilyn Lee had

24  left.  Marilyn Lee didn't actually leave -- right? -- she

25  was removed?  In other words, her failure to continue

97

1    working was involuntarily on her part?

2  A    She was placed on leave, yes.

3  Q    And you talked about assignments that are temporary being

4    14 days to -- up to years.

5        Are there any -- or were there any requirements

6    under the regulations that would have required a form to

7    be filled out for someone to go beyond a few months or

8    six months or a certain time if they're in a temporary

9    position?

10 A    There's an assignment order form, PS Form 1723, which

11    puts -- takes a person from one assignment to another.

12    But that's generally only used in the higher-level

13    assignment.  But even that has a time limit on it.  And if

14    you come to the end of the time period, you just issue

15    another one.

16        I currently have an operations technician working

17    for me in Seattle who was detailed to our office by the

18    Seattle vehicle management facility, and he has been

19    detailed to us for three years.

20 Q    Would you have considered Marilyn Lee a manipulative

21    employee?

22 A    No.

23 Q    And you just said a moment ago that your discussion with

24    Mr. Atkins regarding the support employees in the admin

25    center, and there was a discussion that a lot of the

98

1    problems was due to the autocratic style of Ms. Cabano; do

2    you recall that testimony?

3  A    Yes.

4  Q    Isn't it true that the move to put Marilyn Lee in there

5    was mainly required because of significant personnel

6    issues with the support staff?

7  A    Well, that was part of it.

8  Q    How much of a part of it was the personnel issue of the

9    support staff vis-a-vis some other reason?

10        MR. SCHARF:  Objection.  The phrase "personnel

11    issues" is vague and general and ambiguous.  Can you

12    refine what you mean by that?

13        MR. BACON:

14  Q    Whatever Mr. Atkins meant by it when he gave the review of

15    Marilyn Lee, which is marked as Exhibit 2, that's what I

16    mean by it.

17  A    Well --

18        MR. SCHARF:  Objection.  Calls for her to

19    speculate as to what Atkins meant by it.  But she

20    certainly can testify as to her own knowledge of what

21    those personnel issues were.

22        MR. BACON:

23  Q    I think she already mentioned all the personnel issues.

24  A    Right.  The personnel issues -- and one of the personnel

25    issues being Cabano.

99

SHEILAH CASTOR - MAY 30, 2008

```
 1  Q   Did you ever have of any discussions or know if Mr. Atkins
 2      had any discussions about Marilyn Lee and her request to
 3      be taken out the supervisor position and returned to the
 4      secretary position?  Do you remember any discussions at
 5      all with anyone at headquarters over that issue?
 6  A   At headquarters?
 7  Q   Yes.
 8  A   No, sir.
 9  Q   And when you talked about Anita, you were talking about
10      Anita Cabano; correct?
11  A   Yes.
12  Q   And you said she looked -- she yelled at an employee, look
13      at me.  Who was that employee that she yelled at?
14  A   Mabel Young.
15  Q   To your knowledge did Mabel Young have performance issues?
16  A   No.
17  Q   And you said Marilyn Lee was flourishing in her position
18      as a supervisor.  What did you mean by flourishing?
19  A   She was handling the responsibility well; she was making
20      improvements to procedures.
21  Q   And you said you weren't aware that Marilyn had any
22      serious mental issues.  You're not a doctor; correct?
23  A   No.
24  Q   And you don't have any medical training, do you?
25  A   I have a licensed practical nursing license.
```

100

1  Q   So you're a licensed practical nurse.  As a licensed -- as

2       a practical nurse, would the crying indicate to you that

3       Marilyn was having some difficulty in performing her job?

4  A   Well, she stated that she was having difficulty performing

5       her job.  So I mean -- are you asking me could I make a

6       diagnosis of clinical depression?  No.  I just -- you

7       know, went with what she said.

8  Q   Well, did you advise her to go see EAP or seek any other

9       assistance prior to her being removed from the position?

10  A   No.

11  Q   Why not?

12  A   I felt that that was a decision she had to make.

13  Q   So Marilyn Lee never had any opportunity to seek EAP

14       counseling, to your knowledge, prior to actually being

15       removed and told at that time that she could seek EAP

16       assistance?

17             MR. SCHARF:  Objection.  The word "opportunity"

18       is some ambiguous.  Go ahead.  You can answer.

19             THE WITNESS:  Every employee is aware -- every

20       employee in the Postal Service gets a notification at

21       least once a year about EAP.  It's up to the employee, and

22       it's done anonymously.  Even if she had gone to EAP, I

23       never would have known it.

24             MR. BACON:

25  Q   Was Ms. Cabano ever given a letter of warning regarding

                                          101

SHEILAH CASTOR - MAY 30, 2008

1         her performance as a supervisor in the admin center?

2    A    No.

3    Q    Did you ever tell anyone that Ms. Cabano had been issued a

4         letter of warning?

5    A    No.

6    Q    Did you ever hear Mr. Atkins say that there was jealousy

7         between Marilyn Lee and Kaycee Graham?

8    A    I never heard Mr. Atkins say it, no.

9    Q    Did you ever hear anybody else say that?

10   A    Yes.

11   Q    Who?

12   A    Teresita Venegas.

13   Q    What did she say?

14   A    Just that there was a history of -- I think animosity is

15        too strong a word.  But a history of maybe bad feelings

16        between Kaycee and Marilyn.

17   Q    Was Kaycee Graham qualified as a supervisor?

18   A    She had prior supervisory experience, yes.

19   Q    But she was a good performer as a supervisor?

20   A    She didn't work for me in this capacity.

21   Q    You don't have any knowledge as to how she performed as a

22        supervisor?

23   A    No.

24                  MR. BACON:  I have nothing further.

25

102

SHEILAH CASTOR - MAY 30, 2008

1                   FURTHER EXAMINATION BY MR. SCHARF

2                   MR. SCHARF:   Just two more.

3   Q    Did you have any discussion with Mr. Atkins as to whether

4        or not he approved -- initially approved Marilyn's request

5        to be detailed to OIG?

6   A    He did not approve it.

7   Q    How do you know that?

8   A    He sent me an e-mail.

9   Q    And you just mentioned there was some that -- you had some

10       knowledge about some negative history between Graham

11       and -- Ms. Graham and Marilyn Lee.

12              From your perspective did Marilyn's attitude

13       appear to change in any way after Ms. Graham became

14       Mr. Atkins' secretary?

15  A    Well, I always felt that was sort of the straw that broke

16       the camel's back in terms of -- in terms of everything

17       that was going on with Marilyn.

18              When I went on my first -- on my second detail to

19       Bala Cynwyd, Kaycee had come over from Oakland.  He had

20       moved Kaycee from Oakland to San Francisco, and I had her

21       handling administrative programs.

22              So I went on detail.  I put her in the active

23       administrative specialist position.  And my feeling --

24       the feeling I got was that Marilyn wasn't happy with the

25       circumstances, wasn't happy with the fact that Kaycee had

                                                              103

1    been placed in a position where she was basically

2    reporting to Kaycee.  But she rolled with it, and I came

3    back to San Francisco.

4         And when I went on detail the third and final

5    time, it was during that period of time that Cabano got

6    the detail to forfeiture, and Kaycee went into the

7    secretary position.  And I also marked that change as

8    being when Marilyn's status started to slide downhill.

9    She became more and more upset about not being in the

10   secretary job.

11        And I never felt that it was as much a matter of

12   her not wanting to be a supervisor, as it was wanting the

13   INC secretary job back.

14   Q   Is that what you meant when earlier today you mentioned

15       that you thought it was more about wanting to be a

16       secretary, as opposed to not wanting to be a supervisor?

17   A   Right.

18            MR. SCHARF:  Thank you.

19

20            FURTHER EXAMINATION BY MR. BACON

21            MR. BACON:

22   Q   Did Marilyn Lee ever tell you that she had believed the

23       admin center supervisor detail was a sham?

24   A   I think she did that once to me.

25   Q   What did you say in response, if anything?

104

1  A    I don't remember.  I'm sure that I would have said, no, it

2         wasn't a sham.  Because I did, in fact, need somebody in

3         there.

4  Q    You just said something about the straw that broke the

5         camel's back.  What was that?

6  A    I believe that when the final length of time where Marilyn

7         started having "problems" in the admin center and this

8         inability to function as a supervisor, I think that if we

9         were all honest and sat down with a calendar, we would see

10       that when Kaycee went into that secretary job, that's when

11       Marilyn finally started to deteriorate in terms of feeling

12       like she could handle this supervisor job, feeling that,

13       you know, she was valued, feeling that she could do a good

14       job.  I think that, you know, Kaycee going into that

15       position was like the final straw.  Well, you know, that

16       Marilyn thinking that she had no value anymore.

17  Q   I'm not sure I understand what you mean by the last

18       remark -- that Marilyn Lee had no value.

19  A   I think that -- my feeling was Marilyn saw the secretary

20       job as being of more value than the supervisory job.

21       And you just asked me about her -- did she make a

22       statement that the supervisory job was a sham.  I do

23       remember her saying that.  In my mind, the supervisor job

24       was way more important to the organization than the

25       secretary job.  I could put a level 11 in the secretary

SHEILAH CASTOR - MAY 30, 2008

1    job and, in fact, we did.  And we did that up until the

2    time we all left.  There was a level 11 who did that job

3    for four months.

4         I couldn't do that on an ongoing basis on a --

5    even on a like a three-month basis.  I couldn't put a

6    level 11 in charge of the admin center.  That's why I

7    rotated it.  Because people at the same level have a hard

8    time telling other people at the same level what to do.

9         I needed a higher-level position, higher-level

10   person in there.  That's why when Marilyn said she wanted

11   an opportunity to get a developmental detail, that's why

12   she went in there.  And I mean, I could get anybody to do

13   the secretary job.  I couldn't get just anybody to do the

14   supervisor job.

15  Q  Well, if the supervisor job was more important in the

16   division than the secretary position, why was the

17   supervisor position RIF'ed and not the secretary position?

18              MR. SCHARF:  Objection.  Speculation.

19              THE WITNESS:  You'd have to talk to human

20   resources about.  What they did is they cut 260 positions

21   nationwide.  And their feeling now, we don't need the

22   supervisors because we don't have any people to

23   supervisor.

24         Now, in Seattle, I have all the support report to

25   me.  I do not have a first-line supervisors, between me

106

1  STATE OF CALIFORNIA    )  SS

2          I do hereby certify that the witness in

3  the foregoing deposition was by me duly sworn to

4  testify to the truth, the whole truth, and nothing

5  but the truth in the within-entitled cause; that

6  said deposition was taken at the time and place

7  therein stated; that the testimony of said witness

8  was reported by me, a certified shorthand reporter

9  and a disinterested person, and was under my

10  supervision thereafter transcribed into typewriting,

11  and when so transcribed was carefully read to or by

12  the said witness, and, being in every desire, was

13  thereafter by the said witness duly subscribed; that

14  if unsigned by the witness, signature has been

15  waived in accordance with stipulation between

16  counsel for the respective parties.

17          And I further certify that I am not of

18  counsel or attorney for either or any of the parties

19  to said deposition nor in any way interested in the

20  outcome of the cause named in said caption.

21          IN WITNESS WHEREOF, I have hereunder subscribed my

22       hand this 19th day of June 2008.

23

24                    COLLEEN ALVARADO
                  Certified Shorthand Reporter

25

                                              108