We all work for INC; All Inspectors and TLs report to AICs; all support staff reports to Admin Specialist (through support supervisors)

Entitlement and Expectations – We are all entitled to a workplace where we treat each other with dignity and respect



Don't let unfair expectations make your work environment intolerable

Fair
Having a job that pays well and has benefits
Working in a safe environment management change (HR, Accounting, Admin Svcs)
Being assured of a funded retirement

Unfair
Not working at all (New Orleans)
Losing out on a potential promotion because of USPS

Not having a job at age 54 after 28 years of service (private employer)

Work Logs:
Except for those occasions where we are trying to document effect of new projects or programs, we won't keep individual work logs in FY2006
In the Admin Center, productivity log will be reinstated with work slips being completed for all work coming into the Center.
Operators will complete work slips and give them to Admin Center Supervisor
Admin Center Supervisor will maintain productivity log

A copy of the division Administrative Support structure was provided.

Admin Supp Org
Chart SF Div 10...

Affidavit _A_
Page _92_ of _143_

EXHIBIT 36

Subj:     **FW: INC Secretary Jackie Grimsley**
Date:     4/26/2007 4:34:33 AM Pacific Standard Time
From:     JJKovacs@uspis.gov
To:       NenengLee@aol.com

FYI

---

From: Diaz, Araceli S
Sent: Wednesday, April 25, 2007 6:43 PM
To: Ducar, Frank L; Hummel, John E; Giblin, James M; Kovacs, Jeffery J;
Woo, Jim Y; Rickher, James M
Cc: Abe, Alice S; Abe, David A; Gamez, Diana L; Perada, Rita M; Venegas,
Teresita L; Edwards, Carole L; Golden, Maureen; Sabalvaro, Catherine M -
San Francisco, CA; Montano, Agnes R; Lim, Jay T; Toy, Cindy H
Subject: INC Secretary Jackie Grimsley

To all:

As information, effective Monday April 30th, Sandy Schoonmaker will
temporarily fill in as Secretary for the INC and Jackie Grimsley will
begin answering phones at our reception desk, as well as complete
special projects.

We received authorization to post a 2 year detail opportunity for the
secretary INC position. As soon as this position is posted and filled,
Sandy will resume her duties in the Admin Center.

Should any of you have any customer notification letters that need to be
sent out on mail theft or any other project you feel Jackie may be able
to complete, please let me know.

Thank you,
Sally

# EXHIBIT 37

## SANDY SCHOONMAKER  (Marilyn Lee)

SANDY IS THE "HEART" OF THE ADMIN CENTER. SHE IS RESPECTED BY HER CO-WORKERS AND IS A TEAM MENTOR. SANDY HAS BEEN ACTING SUPERVISOR OF THE ADMIN CENTER ON NUMEROUS OCCASIONS AND HER CHEERFUL ATTITUDE AND EAGERNESS TO GET THE ASSIGNMENTS DONE CREATES A VERY PRODUCTIVE WORK ENVIRONMENT. SANDY IS A VALUABLE ASSET TO THE ADMIN CENTER AND IS RECEIVING THIS AWARD FOR JUST THAT REASON.

## MARILYN LEE  (Atkins)

DURING THIS FISCAL YEAR MARILYN SERVED AS MY SECRETARY AND ALSO WAS DETAILED AS THE ACTING INSPECTION SERVICE OPERATIONS COORDINATOR FOR THE ADMIN CENTER. MARILYN'S STRENGTH IS IN HER SUPERVISORY ABILITIES. SHE HAS PROVEN HERSELF TO BE INDISPENSABLE TO THE ORGANIZATION IN THIS ROLE AND I PRESENT THIS AWARD FOR ALL HER EFFORTS.

# EXHIBIT 38

McDermott, Judy A

From:    Graham, Kaycee E
Sent:    Monday, July 18, 2005 9:19 AM
To:      DelCarlo, Karen J; Gamez, Diana L; Holman, Berne J; Kershner, Adena C; Kwong, Sylvia S;
         Lawee, Edward; Pollock, Sybil P; Smith, Nina O; Venor, Walton E; Yee, Tammie; Anglada, Erika J;
         Densley, Jude B; Atkins, William P; Barber, Montaleto S; Baughan, Susan M; Bethel, Robert;
         Bracken, Samuel A; Bradley, Megan A; Campbell, Chad F; Cella, Jennifer A; Chung, Jason H;
         Crowe, Jason E; Dare, Byron L; Derderian, Benjamin A; Derwey, Kathryn M; Diaz, Araceli S;
         Dingui, Yessenia; Doo, Aaron C; Dorn, Patrick W; Ducar, Frank L; Esteban, Patrick R; Eto, Terry S;
         Fitch, Jeffrey M; FordSmith, Patricia G; Fussell, Victoria L; Goldberg, Craig I; Greenspan, Marius E;
         Gregory, Lance B; Guerra, David R; Hackimer, Molly C; Hales, Craig M; Hall, Richard D;
         Hernandez, Roberto Q; Herzog, Mitchell A; Hill, Alex L; Hofheins, Stephen L; Howard, Quan P;
         Hummel, John E; Jones, Nicole L; Kienzle, William; King, Regina J; Kireclik, Nazli; Kovacs, Jeffery
         J; Lamp, Steven V; Langel, Benjamin C; Lee, Lester; Lim, Jennifer V; Louie, Benjamin; Markwell,
         Brian D; McDermott, Judy A; McCollow, Christopher J; Mew, Barry G; Montalvo, Miguel E; Moore,
         Beatrice A; Morata, Dennis W; Murphy, John F; Nguyen, Cathy P; Rho, Kevin K; Russo, Linda M;
         Saluta, Bernardo A; Schoenberger, Todd D; Silva, Keith D; Siouris, Chris A; Stiles, Luz E; Stout,
         Janet K; Tabera, Mitchell A; Thiede, James C; Vincent, Jennifer K; Watanabe, Jon F; Welsh, Gary
         R; Westbrook, Jonathan J; Wick, Anthony M; Wilhelmus, Paul M; Wilkes, Candace A; Witt, Richard
         L; Wolf, Joseph E; Wornack-Barber, Karen L; Wong, Andrew G; Woo, Jim Y; Zielinski, Ronald; Zinn,
         Angela R; Abe, Alice S; Abe, David A; Andres, Florita V; Bailey, Ellena V; Beyman, Sherry A;
         Bouillez, Pamela J; Brandon, Michael J; Cabano, Anita S; Castor, Sheilah N; DancoffYoung, Nila;
         Edwards, Carole L; Frias, Socorro C; Gamez, Thomas M; Golden, Maureen; Graham, Kaycee E;
         Harper, Yenni; Jones, Sharon A; KarpGregory, Elizabeth T; Kimble Jr, Henry R; Lee, Marilyn N;
         Lim, Jay T; Ludovico, Luningning A; Mendes, Barbara L; Miller, Kelly R; Montano, Agnes R;
         Nevison, Willadean B; Ng, Linda S; OLeary, Kathleen M; Ogawa, Clara T; Perada, Rita M;
         Sabalvaro, Catherine M; Scheld, Steve G; Schoonmaker, Sandra E; Schuler, Roy A; Smith, Judith
         R; Smith, Wanda L; Stout, Jack D; Venegas, Teresita L; Washington, Carol; Young, Mabel;
         Adamson, Joseph C; Altamirano, Luis N; Bazyk, Charles A; Bock, Bruce B; Butler, David V; Chu,
         Richard K; Clayton, Loren J; Dzoan, Tuan; Ebalo, Florencio M; Estigoy, Emmanuel L; Garcia, Jesus
         S; Gartelman, James T; Glover, Preston K; Gonzalez, Bill; Griffin, Edward L; Harbin, Mary F; Henry,
         Herbert D; Hinton, Terry A; Jacquet, Lanston C; Johnson, Leroy J; Johnston, Joseph M; Jones,
         Donae R; Kim, Gil H; Knemeyer, Ellen; Lim, Alvin C; Locker, Frank E; Magdangal, Derrell A;
         Maglasang, Dennis V; Mattner, Dennis T; Mayo, Germain; Oquendo, Daniel Z; Perales, Norris R;
         Perez, Kristine R; Phillips, David J; Ramos, Ricarredo C; Reyes, Rodrigo S; Rodrin, Robert G;
         Romualdo, Alfred D; San Andres, Richardson H; Sanchez, Daniel; Santiago, Gerald R; Sare,
         Ishmael A; Seuell, Walter B; Smith, Thurston L; Stephan, Michael; Stickles, Carmen; Sturtevant,
         Eric M; Tam, Raymond K; Tang, Jackson V; Teague, Gary L; Tibon, Fernando L; Villafranca,
         Carmen L; Yen, Daniel
Subject: M. Lee Absence

All Personnel
San Francisco Division:


While Marilyn Lee is on leave, Linda Ng will be Acting Admin Center Supervisor.


Robert Bethel
Assistant Inspector in Charge
San Francisco Division

EXHIBIT 39

U.S. DEPARTMENT OF LABOR

EMPLOYMENT STANDARDS ADMINISTRATION
OFFICE OF WORKERS' COMP PROGRAMS
PO BOX 8300 DISTRICT 13 SFC
LONDON, KY 40742-8300
Phone: (415) 848-6700

January 30, 2006

Date of Injury: 07/15/2005
Employee: MARILYN N. LEE

MARILYN N LEE
951 BRADLEY DR
DALY CITY, CA 94015

Dear Ms. Lee:

This is to notify you that your claim has been accepted for:

    (1) **brief adjustment disorder with depression** (ICD9 Code: 309.0)
    (2) **generalized anxiety disorder** (ICD9 Code: 300.02)

**Please advise all medical providers who are treating you for this injury of the accepted ICD-9 code(s). If this code needs to be revised, your doctor should explain in writing. Accurate coding facilitates timely bill processing.**

If your injury results in lost time from work, you may claim disability compensation using Form CA-7. Please refer to the attachment entitled "Now That Your Claim Has Been Accepted."

If you have not been released to full duty, have your treating physician provide a medical report that includes appropriate work restrictions and a statement as to when you will be released back to full duty without restrictions.

**TO EMPLOYER:** *IF A FORM CA-7 CLAIMING COMPENSATION FOR WAGE LOSS IS FILED, YOU ARE REMINDED THAT 20 C.F.R. 10.111(c) REQUIRES SUBMISSION OF FORM CA-7 WITHIN 5 WORKING DAYS. PLEASE SEND A COPY OF THE POSITION DESCRIPTION (INCLUDING PHYSICAL REQUIREMENTS) FOR THE JOB HELD BY THE EMPLOYEE ON THE DATE OF INJURY.*

If you have any questions regarding your claim you may contact the Office at the above address. Automated information regarding compensation payments is available 24 hours per day by phoning 1-866-OWCP IVR (1-866-692-7487). All medical providers should call 1-866-335-8319 for any and all requests for authorization. For all inquiries regarding any and all bills, including claimant reimbursements, contact 1-866-335-8319 or online at http://owcp.dol.acs-inc.com. If you, your doctor, or other providers require direct contact with a customer service representative you may call 1-850-558-1818 (THIS IS A TOLL CALL).

Sincerely,

Sam Ritualo
Claims Examiner

Enclosure: NOW THAT YOUR CLAIM HAS BEEN ACCEPTED

U S POSTAL SERVICE
INSPECTION SERVICE
USPS HR SERVICE CENTER, IC UNIT
2 GATEWAY CENTER, 9TH FLOOR SOUTH
NEWARK, NJ 07175

LAWRENCE W FASANO
ATTORNEY-AT-LAW
720 MARKET ST, PENTHOUSE SUITE
SAN FRANCISCO, CA 94102

Rec'd
2/4/06

File Number: 132136039
D-ACC

# NOW THAT YOUR CLAIM HAS BEEN ACCEPTED

This fact sheet will answer some questions that are likely to arise. It provides information about the payment of your medical bills and compensation, and about your responsibilities in returning to work. This sheet supplements the information found in Pamphlet CA-14, which was sent to you when you first filed your claim. Feel free to access the Division of Federal Employees' Compensation web site at http://www.dol.gov/esa/regs/compliance/owcp/fecacont.htm.

## MEDICAL PAYMENTS

**Your file number must appear on all bills. Bills and travel vouchers must be received within the calendar year following the year in which medical service was rendered or the claim was accepted, whichever occurs later.** Your acceptance letter describes the medical condition(s) OWCP accepts as work-related and only treatment for those conditions should be billed to the Office. The billing forms described below can be obtained on line at http://www.dol.gov/libraryforms/. You are not responsible for charges over the maximum allowed in the OWCP fee schedule. If a health benefits carrier has paid medical bills for your accepted condition, the carrier may submit complete, itemized billings to OWCP for consideration.

**-Physicians and Other Medical Providers (Except for Hospitals and Pharmacies).** Bills for your accepted condition must be submitted on the standard American Medical Association (AMA) billing form HCFA-1500, also known as OWCP-1500, to the address noted in the letterhead. The provider must itemize services for each date separately, use AMA (not state) CPT codes to describe the services performed, and provide their tax identification number (EIN). The provider must sign the form (a signature stamp may also be used).

**-Hospitals.** These bills must be submitted on Form UB-92. These bills must be fully itemized, and the admission and discharge medical summaries should also be sent.

**-Pharmacies.** These bills should be submitted electronically by your pharmacy. If this is not available, bills must be submitted on the Universal Claim Form or equivalent. The pharmacy should include the following items: the case file number, the nine-digit tax ID number, the NDC number, the prescription number, the quantity of medication prescribed, the name of the prescribing physician, and the date of purchase. Your physician's clinical notes or reports should show that the medicines prescribed were needed to treat your work-related injury. Pharmacies can obtain decisions on coverage of medications by calling 1-866-335-8319. The pharmacy will need to give your case file number, the NDC code of the medication, and the date the prescription was filled. If you, your doctor, or other providers require direct contact with a customer service representative you may call 1-850-558-1818 (THIS IS A TOLL CALL).

**-Chiropractors.** We will only pay for chiropractic treatment consisting of manual manipulation of the spine to correct an accepted work-related spinal subluxation demonstrated by x-ray, or if a medical doctor has prescribed physical therapy to be administered by a chiropractor.

**-Reimbursements.** If you have paid authorized medical expenses, you may request reimbursement by attaching Form CA-915, or a similar form, on the same required billing

File Number: 132136039
D-ACC

forms (such as HCFA-1500 or UB-82) specified above. In all cases, the medical provider's tax identification number (EIN) and proof of payment must be provided. Reimbursements are limited to the fee schedule amount.

**-Reimbursement for Medical-Related Travel.** Travel expenses should be claimed on form OWCP-957, Medical Travel Refund Request, available at http://www.dol.gov/esa/regs/compliance/owcp/forms.htm.

## COMPENSATION PAYMENTS

**-Claims for Compensation.** Any claim for lost wages must be submitted through your employing agency on Form CA-7. Your employing agency will complete its portion of this form and forward it to the Office. In cases of intermittent wage loss, Form CA-7a is also needed.

**-Claims for Leave Buy-Back.** Reinstatement of leave is subject to the approval of your employing agency. Prior to using your personal leave to cover injury-related absences from work, you are urged to review the instructions for Form CA-7b. To claim a leave buy-back, you must file Form CA-7b through your employing agency, along with Form CA-7 and Form CA-7a.

**-Schedule Award.** A schedule award may be claimed using Form CA-7only after maximum medical improvement has been reached. A schedule award of compensation is based upon permanent loss of use of a scheduled member or function of the body due to the work-related injury.

**-Penalty.** Any person who knowingly makes any false statement, misrepresentation, concealment of fact, or any other act of fraud to obtain compensation, or who knowingly accepts compensation to which he or she is not entitled, is subject to felony criminal prosecution and may, under appropriate U.S. criminal code provisions, be punished by a fine of not more than $10,000 or imprisonment for not more than five years, or both.

## RETURNING TO WORK

You are expected to return to work (including light duty or part-time work, if available) as soon as you are able. Once you return to work, or obtain new employment, notify this office immediately. Full compensation is payable only while you are unable to perform the duties of your regular job because of your accepted employment-related condition. If you receive a compensation check which includes payment for a period you have worked, return it to us immediately to prevent an overpayment of compensation.

**-Nurse Intervention and Vocational Rehabilitation.** OWCP may assign a registered nurse or a vocational rehabilitation counselor to contact you to facilitate your recovery and return to work. OWCP may suspend or reduce your benefits if you fail to cooperate with the nurse or the vocational rehabilitation counselor.

**-Job Offers.** You are legally obligated to accept work which is within your medical restrictions. OWCP may terminate your benefits if you refuse without good cause to accept such work.

forms (such as HCFA-1500 or UB-82) specified above. In all cases, the medical provider's tax identification number (EIN) and proof of payment must be provided. Reimbursements are limited to the fee schedule amount.

-**Reimbursement for Medical-Related Travel.** Travel expenses should be claimed on form OWCP-957, Medical Travel Refund Request, available at http://www.dol.gov/esa/regs/compliance/owcp/forms.htm.

## COMPENSATION PAYMENTS

-**Claims for Compensation.** Any claim for lost wages must be submitted through your employing agency on Form CA-7. Your employing agency will complete its portion of this form and forward it to the Office. In cases of intermittent wage loss, Form CA-7a is also needed.

-**Claims for Leave Buy-Back.** Reinstatement of leave is subject to the approval of your employing agency. Prior to using your personal leave to cover injury-related absences from work, you are urged to review the instructions for Form CA-7b. To claim a leave buy-back, you must file Form CA-7b through your employing agency, along with Form CA-7 and Form CA-7a.

-**Schedule Award.** A schedule award may be claimed using Form CA-7only after maximum medical improvement has been reached. A schedule award of compensation is based upon permanent loss of use of a scheduled member or function of the body due to the work-related injury.

-**Penalty.** Any person who knowingly makes any false statement, misrepresentation, concealment of fact, or any other act of fraud to obtain compensation, or who knowingly accepts compensation to which he or she is not entitled, is subject to felony criminal prosecution and may, under appropriate U.S. criminal code provisions, be punished by a fine of not more than $10,000 or imprisonment for not more than five years, or both.

## RETURNING TO WORK

You are expected to return to work (including light duty or part-time work, if available) as soon as you are able. Once you return to work, or obtain new employment, notify this office immediately. Full compensation is payable only while you are unable to perform the duties of your regular job because of your accepted employment-related condition. If you receive a compensation check which includes payment for a period you have worked, return it to us immediately to prevent an overpayment of compensation.
-**Nurse Intervention and Vocational Rehabilitation.** OWCP may assign a registered nurse or a vocational rehabilitation counselor to contact you to facilitate your recovery and return to work. OWCP may suspend or reduce your benefits if you fail to cooperate with the nurse or the vocational rehabilitation counselor.

-**Job Offers.** You are legally obligated to accept work which is within your medical restrictions. OWCP may terminate your benefits if you refuse without good cause to accept such work.

File Number: 132136039
D-ACC

## CONTACTING THE OFFICE

The 24-hour toll-free Interactive Voice Response line (866) 692-7487 answers case-specific concerns, such as compensation payments. You can obtain information regarding medical payments, including all reimbursements, at http://owcp.dol.acs-inc.com or by calling 1-866-335-8319. If you need a medical authorization, please call 1-866-335-8319.  If you, your doctor, or other providers require direct contact with a customer service representative you may call 1-850-558-1818 (THIS IS A TOLL CALL). If you write us, please put your file number on each page.

EXHIBIT 40



I

## TO WHOM IT MAY CONCERN:

My name is Judy McDermott. I am a Postal Inspector in the San Francisco Division of the Postal Inspection Service. I have known Marilyn Lee for approximately 15 years. As far as I recall Marilyn has always been the INC Secretary. I know Marilyn to be a private, reserved person. In the 15 years I have known her I have rarely heard her talk negatively about others. She is always positive and upbeat, and I don't know of any of her co-workers or any Postal Inspectors that do not like her. My relationship with Marilyn stems from me occasionally seeing her at work (I am domiciled in another city) and calling her with work related questions. In 2003 I helped Marilyn with a work related issue (dealing with a petition she signed which resulted in three managers being removed from their positions). At that time, I was aware she was upset about some work issues and I tried to intervene on her behalf. Prior to that particular incident, I don't recall discussing any problems with Marilyn regarding work issues.

Approximately one year ago, Marilyn was "detailed" from her INC Secretary position for Bill Atkins, INC, to the Supervisor of the Admin Center. At some point I knew that she was unhappy with her new position as a Supervisor and all the responsibilities that entailed. She did not talk in detail to me about it, but I knew that she did not like the job and supervising the employees that she had to supervise. Eventually, as time passed, I realized she was becoming more and more upset about being in the supervisor position. She never gave me specifics of what was occurring, only saying that things were not good for her, and that she was not happy. Marilyn is not one to go on and on complaining. She keeps to her self and does her job.

Whenever I called Marilyn for something related to work, I would ask her how she was. She told me she did not like being a supervisor. Each time I would speak to her, I could tell she was becoming increasingly more stressed about the Supervisor job she was detailed to. Sometimes I would just call her to see how she was doing. I was worried for her, because each time we spoke it seemed like she was more upset. Sometimes I would call and ask how she was doing, and she would say, " Not Good." Sometimes she would whisper that she could not talk and ask me to call her at home that evening. Sometimes she broke down crying.

I knew she was unhappy with being a supervisor, but I did not know all the details about what she was going through. As I said, she is a very private person. I would try to call her every so often and ask how she was doing. She never told me that things were going well with her.

A couple of months ago I found out she got a detail with the IG's office. I was actually shocked to hear that, since she has worked for the Inspection Service forever. She told me she was very happy to be leaving. She told me that she had to get out of the supervisor job. She said it was for the best. She said it was too stressful for her and she had to leave. Again, I did not know all the details, but she appeared to be distressed and said she would miss all the people she had

I

Exhibit 21

2

known for so long. I recall she broke down crying. As I said, this was not the first time she broke down crying when I called her. I felt terrible that she had been forced from her job of 25 years.

Shortly after that incident I heard that her detail to the IG fell through. I called Marilyn to find out what happened. She explained to me what happened and again broke down crying. She told me she was looking for another job, again saying that she had to leave her job and she had to get out of her work situation. I recall talking about job alternatives with her.

The next thing I read was an email in July 2005 saying Marilyn was on leave. I immediately felt like something was wrong. I called and found out Marilyn had been placed on admin leave. My immediate thoughts were that they were "messing" with her again. From an outsider looking it, it appeared the new management team had been "going after" Marilyn from the time they arrived in the Division. This is nothing new, and they are especially adept at doing it with people who will not speak up to defend them. As I said, by nature, Marilyn is quiet and reserved, not given to questioning authority.

After recently learning more details of what occurred with Marilyn, I am appalled with management's actions. They sat back and did not intervene on her behalf, even though they were aware of the mental and physical toll the job was having on her health. Marilyn has been an exceptional employee and did not deserve to be treated that way.

I can provide any additional information if requested.

*Judy McDermott*

Judy McDermott
August 2, 2005

2

Exhibit 21

# EXHIBIT 41

August 8, 2005

To Whom It May Concern:

I have known Marilyn Lee for 11 years now. In the majority of that time I have known her as the secretary of the US Postal Inspection Service of San Francisco. She has always conducted herself in a professional manner. During group events she was always very organized, smiling and very out-going.

Since her detail as Supervisor to the Administration Center I have noticed a change come over her. It did not happen immediately however for the past 3-4 months she seemed to have something brothering her.

On many occasions I have gone to her office to ask her questions about a new program called ISIIS and she was very distraught. On other occasions I have gone to her office for assistance regarding other work related issues and found her weeping (sometimes uncontrollably).

There have been a few times when I asked her what was going on to upset her so. She would not share or be able to elaborate on the situation. I noticed these outbreaks happened usually after a meeting with management. She mentioned things were happening to her regarding her status as secretary.

The above statement was written in reference to my observation of Ms. Lee as a fellow employee.

Counselor's Report
Page _113_ of _152_

Exhibit 23

# EXHIBIT 42

I am writing this statement at the request of fellow employee of many years Marilyn Lee. I do not know the details of the situation and was very surprised when informed on July 18, 2005, she would be on leave for an unspecified period. Since my reassignment to the Administrative Center (AC) on October 1, 2004, I found Marilyn to be a very capable supervisor, although we had never had this type of relationship. She ensured every duty of the AC was fully covered and provided typed instructions as guidelines. She conducted meetings to communicate and discuss expectations. I did find Marilyn occasionally solemn and somewhat distracted and was concerned when her eyes appeared quite puffy approximately four or five times. When I inquired if she was okay, she most often appeared to be attempting to shake things off. I know she had been an excellent InC secretary for many years and, through just bits and pieces of brief statements, she indicated unhappiness in the Center and a wish to return to her position as InC secretary. Although I respect her abilities, I do not know how she came to be ISOC of the Administrative Center if it has caused her such unhappiness. I hope that this situation soon will be satisfactorily resolved with careful review of all details and much thoughtful consideration, as Marilyn has been a faithful employee for 24-plus years. My personal hope is that some basic human resource guidelines and processes for support personnel of the Inspection Service will be considered, developed, and established as a result of the possibly unnecessary suffering for such a long-time employee, so situations such as this may be avoided or prevented in the future.

*Linda S. Ng 07-26-05*

Linda S. Ng

EXHIBIT 43

# ADMINISTRATIVE SUPPORT MEETING
## JULY 25, 2003

Sheilah started the meeting by stating there is no set agenda due to the lack of response to her e-mail, on any issues we may have regarding the Investigative Analyst position.

The one issue Sheilah presented was that there is a lot of time spent wanting to know what is going on, but no one comes to her with any questions. That leads to too much speculation.

As of this date there is no final allocation from Headquarters as to what decision has been made regarding the number Investigative Analyst (IA) positions we will be given. There are three focus groups evaluating the training for the IA position. The amount that Headquarters proposed was 16 IA positions and 3 ISOT positions for the whole Division. Sheila's counter proposal was to keep all 29 positions. Instead of going through a RIF, stay over complement and reduce through attrition.

It is not known yet how the IA positions will be allocated. An example is Major Crimes. Some of the work is done in San Jose and some here at the SF Division. The percentage will be determined according to the activities happening in the areas.

Headquarters is in the process of making geographical rearrangements of the areas. We have not received any information on that yet. It looks like no decisions will be made until after the beginning of calendar year 2004, now that the Fiscal Year change from September 5th to 30th will take place in Fiscal Year 2003.

Headquarters has not given us an adequate response regarding training. So, instead of waiting, Sheilah, Anita and Barbara decided that on-the-job training should start now to prepare all of us that are interested in applying for the IA positions. You must be able to demonstrate your knowledge of the KSA's required for the position. This may not guarantee you a position, but, at least you will be prepared.

Some of those on the rolls are not here at the Division. Everyone must have a chance for training. Nobody is excluded. That includes the domiciles.

In the Investigative Analyst position you must have an adequate knowledge of Access, PowerPoint, and Excel. You must be competent enough to complete a project. You must be able to work out which system is best for the project, e.g., Excel, PowerPoint, Excel, etc. You must have an overall knowledge of Microsoft Office Suite. If you are proficient in one particular aspect of a job, that may not help. You may be assigned to an area that does not require that particular skill. Remember, if you cannot complete the KSA's for the IA position, it doesn't matter how much education you have. You will not be considered for the position.

Anita Cabano asked if anyone felt that they were not efficient in any area to contact their supervisor so that they will know what your needs are. The Admin. Center should go through Anita for training. Direct Support through Barbara Mendes.

It was asked if there would be panels. Sheilah said it is too far in the future to answer that. Headquarters is arranging for a teleconference with the divisions in August for a progress report. When this is done, she will get back to us. The new InC will be participating in the Telecon so that he will be aware what is going on.

It was asked when the new InC would be reporting to the Division. He has meetings to attend and should be in the beginning of September. Inspector Jim Donnelly and John Wisniewski's last day will be September 12. Things are subject to change, but, that is the way it looks now. It looks like the new AIC will be reporting in August. Greg Gamache will not be coming back. It is not known if Juliana Nedd will be coming back or when.

The next question asked was how the selection of the first training group was made. For instance, Dave Abe and Ellena Bailey for Fraud. It is because Dave and Ellena already support Fraud. When they meet with customers such as E-Bay, they need support to go with them and interface with the people they will be communicating with.

The overall training selections are based on all who were interested. You will be assigned to a team to work on projects. It was asked how long each training would be. Sheilah said it would depend on how fast you train. We need continuity. You train until you are positive you know all that is to be known in that position. You must be able to handle things while the Inspectors are not available or moving in and out.

Training in Access for those who are not familiar or have not used it in a while will be given after IA's are in place. Even if you have had Access in the past, you must be re-trained. Things do change and you need to be updated.

Training is being offered to Alice Abe. It is still up-in-the-air whether mail covers will continue here for any length of time.

Tammie and Sybil are not Division employees. They have not been offered the training.

The Team Leaders were asked to do a breakdown and pull all of the stats needed to support their need for an IA position. Only ½ have turned in what was requested. Of those received, some are right on as far as their needs. Others showed strictly clerical response. Those responses were turned back to the Team Leader to be sure that is really what they needed. It is up to the Team Leaders to assign projects and

duties.  Once the IA positions take effect, there will be no more Admin. Center to do the clerical functions.  The IA position will take care of all the team's needs.

There has been a request that there be a Lead Investigative Analyst position.  They will coordinate how the workload should be distributed to each team.  It was asked if this position would be higher level than the other IA positions.  The answer is no.

We must be ready for the possibility that there will be a change in work hours under the new InC.  There is a possibility that InC Atkins will not allow anyone to have an early shift such as 6 a.m. to 2:30 p.m.  The normal hours will most likely be 7:30 a.m. on.  This comes from someone on high not Sheilah, Anita or Barbara.  This will be for everybody, not just support.  So, do not be surprised if this happens.  As far as flex time, there is no change anticipated.  You may still be able to do changes in schedules for doctors' appointments.

If you get an IA position, you must work the hours of the Team.

Meeting ended at 10:25 a.m.

It was asked if the IA positions would be exempt.  It is not known at this time if the positions will exempt or non-exempt.  It is possible they could be exempt.

Overtime authorizations should be no problem as long as the work load merits it. But let Sheilah know through Anita or Barbara before it occurs.  With any overtime, whether long or short term, let you supervisor know by e-mail.

EXHIBIT 44

From:           Davidson, Anita [adavidson@uspsoig.gov]
Sent:           Monday, April 18, 2005 12:27 PM
To:             Castor, Sheilah N; Lee, Marilyn N
Subject:        INC Approval of Detail

Marilyn,
Your contact through his retirement on April 29 is my ASAC, Galen Lowe, at 650-412-3015.
See you May 2 and thanks to all for making this happen.

ALD

-----Original Message-----
From: Atkins, William P [mailto:WPAtkins@uspis.gov]
Sent: Saturday, April 16, 2005 3:06 PM
To: Davidson, Anita
Subject: Re: Detail of Marilyn Lee

My pleasure.  I will let her know.  Thanks for offering her the opportunity.

Bill

-----Original Message-----
From: Davidson, Anita <adavidson@uspsoig.gov>
To: Atkins, William P <WPAtkins@uspis.gov>
CC: Castor, Sheilah N <SNCastor@uspis.gov>
Sent: Fri Apr 15 17:38:02 2005
Subject: Detail of Marilyn Lee

Bill,

With your OK, Marilyn Lee can come to the OIG on a detail to Admin Officer, EAS-11 (at her
current pay).

Sheila Castor and I discussed a possible effective date of April 30, for 90 days.

Marilyn could report May 2, 2005 to:
3 Twin Dolphin Drive, Ste 225
Redwood City, CA  94065
650-412-3000

This seems like a win-win.  Thanks for consideration.
Anita

EXHIBIT 45

## STATEMENT REGARDING INSPECTOR GENERAL DETAIL

In April 2005, I received a telephone call from Ray Hang, INC ITD (Information Technical Division). He called to speak to Bill Atkins, INC. I have known Ray Hang for almost 20 years and consider him a good friend. He asked me how I was doing. I told him I was doing terrible and that I was no longer the INC Secretary. I told him that Atkins detailed me to the Admin Center Supervisor position. I told Ray that I hated what I was doing, that I cried all the time, and that I could not sleep. I told him that I had to look for a detail and then I told him that I applied for a detail with the Office of the Inspector General (IG).

Hang said he would speak to Bill on my behalf. I asked him not to and said I did not want Bill Atkins to get the wrong idea and think I was forcing the issue through Ray Hang. I told Hang not to say anything. I didn't want Hang to say anything because I was afraid of retaliation and that it would only make things worse for me, and add more stress to me. During this conversation, I never in any way badmouthed Bill Atkins. I only said that I did not want to be in the supervisor position. I later found out that Hang spoke to both Bill Atkins, and the current USPIS Ombudsman, Floyd Toogood.

On April 18, 2005, Galen Lowe from the IG's office told me that the detail I applied for with their Agency in San Francisco was approved. I received emails between Atkins, Anita Davidson (IG Special Agent in Charge – SF) acknowledging that the detail was approved. When I first told a co-worker about the detail being approved, I was told to print the email for my records, which I did. I let everyone at work know that I would be detailed to the IG for 90 days and leaving the Inspection Service. The USPIS employees were happy for me because they knew how upset I had been and how much the supervisor job had emotionally affected me. I hoped I would not have to come back, as the IG was hiring permanent people.

On April 22, 2005, Floyd Toogood, called me and introduced himself and said he was the current USPIS Ombudsman. He said he was there to listen to other peoples' situations. I told him that I had not called him. (I was thinking I did not know him and I did not trust him). Toogood told me that he spoke to Ray Hang about my detail as a supervisor. I told him that I didn't like the supervisor job, but then told him I was just approved for a detail with the IG, so I would be out of the supervisor position. I told him I was very happy about it. Toogood sounded surprised about my detail to the IG. I said it was approved by Bill Atkins. He said, "It was?" I said, "Yes, it was." He said, "I will have to speak to the Chief (Chief Postal Inspector Lee Heath) about that." I did not know what he was going to talk to the Chief about. Our conversation lasted approximately 5 minutes. When he hung up he said to me, "This conversation never happened." Any communication with the Ombudsman is supposed to remain confidential.

On April 22, 2005, after the IG detail had already been approved by INC Atkins and IG Special Agent in Charge Anita Davidson, and after I had already announced I was leaving the Inspection Service, Sheilah Castor, my supervisor, called me and told I could not go on the IG detail. She said that she spoke to Bill Atkins and he was upset about me

1

talking to an INC (Hang). She stated that Atkins refused to pay for the detail and I was not going on the detail. Castor told me I needed to speak to Atkins. I broke down crying. Here I thought I was going to get out of my current work situation and now I had to stay. It was more than I could deal with. I was devastated thinking I had to stay in the supervisor position. My stress level increased, thinking I was out of the situation, and now I was right back in it. (I am aware of the Inspection service paying for details for other individuals that are Inspection Service employees). I was being singled out and treated differently. I felt the harassment was continuing against me, escalating a hostile work environment. All I was trying to do was get out of the supervisor position because of how negatively it was affecting me, physically and emotionally.

That same day I called Toogood and told him my detail to the IG was denied and I want to know why. He said you have to speak to your INC. He gave no other explanation. I knew then that he had spoken to Atkins about the conversation I had earlier that day with him (Toogood). I told him I did not understand why I could not go on the IG detail. He then said the IG is an outside Agency. Immediately I realized there were ramifications of a USPIS employee wanting to go to the IG Agency. The IG is the agency that oversees and monitors the Postal Inspection Service and there is "animosity" between the two Agencies, especially in San Francisco. I also felt that the USPIS Headquarters' management (Chief Heath) did not want me, with 25 years experience and my knowledge going to the IG. It would also set a precedent of other USPIS employees that would want to be detailed to the IG, which will be an embarrassment to the Inspection Service – their Inspection Service employees going to the IG. Canceling my detail contributed to a hostile work environment.

My detail to the IG was only cancelled after I spoke to Hang and Toogood, and after Toogood subsequently spoke to the Chief Postal Inspector Heath and INC Atkins. I do not know if Chief Heath contacted Atkins about this IG detail, but it appears that may have happened.

On Monday, April 25, 2005, I met with Atkins. Kaycee Graham stayed in the room. I realized then that I could not speak to Atkins as freely as I wanted to with her in the room. During this meeting Atkins was angry and told me he was not going to pay for my detail to the IG because it was an outside agency, separate from the Inspection Service. I told him the only reason I asked for the detail was because Castor said to look for a detail. Kaycee interjected that Castor did so because I was complaining so much. When Kaycee said this I knew that Castor had spoke to her about my situation, something that Castor should not have done, especially given that Graham was now in my job. Atkins said he was not going to pay for the detail because the IG is an outside agency. (As info: The IG and the USPIS are both part of the Post Office. Katie O'Leary is a USPIS employee detailed to the Post Office, and the USPIS is paying for it. At least four limited duty postal employees are detailed to the USPIS and the Post Office is paying for them. Regardless of my detail to the IG, the USPIS was not going to be out any additional money). Whether I stayed with USPIS or the IG they were out no additional money. I did not feel I was being told everything).

I explained to Atkins that when I applied for the IG detail, I didn't know the IG was an outside agency. I thought it was ok because the IG is also a part of the Post Office. Atkins said that the IG would have to pay for the detail and he said that the IG wouldn't pay for it. He appeared to be very angry with me. More of the hostile work environment. There is an ongoing battle between the Inspection Service and the IG, as the IG is taking positions from the Inspection Service and the Inspection Service is not happy about it. Yet we received a mandatory directive from USPS PMG Potter to view a video regarding building relationships with the OIG.

Atkins then accused me of speaking to an INC and badmouthing him. (I knew he was talking about the phone conversation with Ray Hang). Atkins told me that he cannot have anyone working with management "turning on him." When he used the phrase "turning on him," I felt he was alluding again to what happened with the petition and the removal of Kiel, Nedd and Gamache. I told Atkins I had not "turned" on him and that I only told the other INC was that I was stressed with my job as a supervisor when he asked me how I liked my job, and that I did not say anything bad about Atkins. I again broke down in tears. I did not name Hang by name, as Kaycee was in the room, and I did not want to betray Hang's name. I told Atkins that I could not stay in a supervisor position and reminded him that I took the supervisory detail for promotional purposes and did not want to be left in the supervisory position. He stated that Kaycee had the skills for a secretary and I had the skills for a supervisor position. I told him I couldn't stay in the supervisory position and I wanted out. He told me to be patient.

Atkins told me that he could not have me crying all the time about my assignment as a supervisor. He said he needed me to do the job as a supervisor, and he told me not to take it personally. Atkins said we all have personal problems, and said he was going through a divorce and he doesn't cry about it. Atkins also said that he was going to take disciplinary action against me for insubordination if I continued the type of behavior I been exhibiting. Atkins ordered me not to say anything more about my unhappiness as a supervisor to anyone. I could not make any response to him with Kaycee Graham in the room. I was totally disgusted with Atkins and could no longer trust him at all. Atkins told me to smile more. He said if I was feeling unhappy I should walk around the block. I could not believe what I heard him saying to me, but he had threatened me with disciplinary action for insubordination and that was now hanging over my head. His comments to me, in front of Graham, and his threat of disciplinary action just added to my stress level. I also believe it escalated the hostile work environment I was immersed in.

Later, when I went in my computer to print all my emails regarding the IG detail for my personal records, they were deleted. **I did not delete them.**

On April 26, 2005, I emailed Hang and told him thanks for his concern, and emailed him I just got "hell" from Bill (Atkins), and told him I am still in the same position. I told him I still wanted to go to the IG and thanked him again. I didn't want to make him feel bad by saying more because I felt his intentions as a friend were sincere. That same day Hang called and told me that he forwarded my email that I just sent him to Floyd

3

Toogood. I said, "What, why did you do that?" (It was done without my permission and without my knowledge). Hang said I told Bill that you liked him and you did not want to go against him and you didn't want to start any trouble him. I don't know what he meant by his comment. I felt that Akins was probably upset that Hang spoke to him, especially since Castor told me Atkins was upset that I spoke to an INC. When I hung up I felt like I really had to watch myself. I just tried to do my job and keep a low profile. I tried to avoid Atkins and management in general. I was even more nervous coming to work each day. This was more stress in addition to the stress I was already under from the supervisor job.

*Marilyn Lee*  8/10/08

Signed by Marilyn N. Lee

4

EXHIBIT 46



PAYLOC 05-8526 K M O LEARY  FINANCE NO.

EMPLOYEE NAME

EMPLOYEE ID 0126253  PAY PERIOD 19 06  SERIAL NUMBER 00034761

DETAIL EARNINGS

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|
| 2 | E 20 | | 119 | W | 1600 | |
| 1 | E 20 | | 119 | L | 3200 | |
| | | | | W | 3200 | 19 |

INSURANCE INCOME

NET PAY

GROSS PAY — THIS PERIOD / GROSS TO NET

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | | |
| FED TAX50 | | |
| ST TAX CA50 | | |
| RETIRE 1 | | |
| MEDICARE | | |
| INS00 | | |
| EBOND | | |
| HPLD1 | | |
| TSP $ | | |
| C0106 | | |

NT BK

LEAVE STATUS

ANNUAL LEAVE

| | FROM PREV YR | THIS YR |
|---|---|---|
| EARNED | BAL. | |

SICK LEAVE

| | | |
|---|---|---|
| EARNED THIS YR | USED THIS YR | BALANCE |
| FROM PREV YR | USED THIS PP | BALANCE |

LEAVE WITHOUT PAY

| | THIS PP | CUMULATIVE |
|---|---|---|
| EE | | |

BOND UNAPPL BAL #ISSUED

USPS RETIREMENT

PS FORM 1223-B, JUNE 1985    EARNINGS STATEMENT

000

HK

4000124190018I

CHIEF POSTAL INSPECTOR
INC
PO BOX 882528
SAN FRANCISCO CA 94188-2528

**********************AUTO** 3-DIGIT 941
KATHLEEN M O LEARY

DATE 09-22-2006
00034761

Kathleen M. O'Leary
21 September 2006

EXHIBIT 47

Subj:     **Statement**
Date:     8/28/2007 7:28:22 P.M. Pacific Daylight Time
From:     Iloveelvisgal
To:       NenengLee

I, Kathleen M. O'Leary, am a recently retired U.S. Postal Inspection Service employee. I retired from the Inspection Service on September 30, 2006. I had been detailed from the Inspection Service to the U.S. Postal Service as the San Francisco District Security Control Officer, Level 20, from March 10, 2003 until my retirement (September 30, 2006.) My work hours were paid by the U.S. Postal Inspection Service.

During my career with the U.S. Postal Inspection Service (1983-2006), I received the following awards:

1983:  Special Achievement Award - USPIS
1983:  Letter of Appreciation - USPIS
1984:  Special Achievement Award - USPIS
1985:  Letter of Appreciation - USPIS
1988:  Certificate of Appreciation – USPIS
1989:  Certificate of Appreciation – USPIS
1991:  Certificate of Appreciation – USPIS
1992:  Special Achievement Award – USPIS
1993:  Special Achievement Award – USPIS
1994:  Letter of Appreciation – USPIS
1995:  Letter of Appreciation – USPIS
1995:  Luncheon Award - USPIS
1996:  Letter of Appreciation - USPIS
1996:  Spot Award - USPIS
1996:  Vice President's Award - USPIS
1999:  Individual Performance Award - USPIS
2000:  Certificate of Appreciation - Department of Justice
2001:  Inspector-in-Charge Performance Award - USPIS
2001:  Certificate of Appreciation - USPIS
2003:  Service Award - USPIS
2005:  Spot Award - USPS
2006:  Certificate of Appreciation – USPS
2006:  Spot Award - USPS

*Kathleen M. O'Leary*          29 August 2007

Get a sneak peek of the all-new AOL.com.

# EXHIBIT 48

**Team Leader Meeting - July 12, 2004**

INC Atkins began the meeting by introducing the **new Honolulu Team Leader, Adam Behnan,** who participated via speakerphone.

**Resource Review** – Final report not issued yet, but there will be additions to the division complement; 8 – 10 new inspector positions expected to be added.
Result:  Creation of FI Team
   San Jose – two teams:  EC, and Miscellaneous
   Sacramento – 2nd team leader position approved; interviews on 7/13/04
   Honolulu – 2 more positions
   Fresno – Team leader and 3 positions
   Bakersfield – 2 total
   Stockton – 2 total
   Reno – 2 total (includes Tom Brucklacher)

**Mail Flow Training** – to be completed by December 1
   This applies to all inspectors, including team leaders
     Exception:  Inspectors on Security Team performing OMC work
- 5 Day intensive course for new inspectors, those with limited postal backgrounds
- 2 Day refresher for those with postal background, AO, OMC backgrounds

Volunteers are needed to become trainers; names of nominees to be submitted to AIC Bethel by this Friday.  Kat Derwey is division coordinator.

**Exceptional Funding** – No $$$ will be available next year, so any requests need to be submitted this FY.  The division budget is over by 15% due mostly to two investigations: Carder Planet and the SJ bomb case

Jim Thiede gave a summary of the status of the **San Jose bomb case.**  The new task force will be comprised of Terry Eto (task force leader), Mitch Herzog, Barry Mew, Yessenia Dingui, Brian Markwell and Jim Woo.  They will be assisted by two New York Division inspectors.  There is significant investigation needed for both the guilt/prosecution and penalty phases.  INC Atkins emphasized this is the most important case in the division for FY 2005, and is the #1 priority for the division.  If Jim Thiede requests additional assistance or resources, it will be provided to him.

**New credentials** should be out this month.  The printer was provided photos and signatures taken last year, and had some problems (disk crash?).  New inspectors may be required to provide photos and signatures.

**Relationship with USPS – OIG** - INC Atkins was <u>emphatic</u> that we do not work with the IG or share equipment, provide LOG access, etc.  We will be cooperative, courteous and professional, but will not be expanding our relationship.  San Francisco is one of the divisions that does <u>not</u> participate in the OIG alliance, and are not authorized to work joint investigations.  If you are contacted directly by someone from the IG, notify your team leader who should notify AIC Bethel.  He'll contact the IG RAC to discuss the issue.

IG subpoenas have not been readily available in many locations, and have been of limited use.  Instead, seek a grand jury subpoena – which will also be 6E material and not available to any IG personnel.

**Resource Review general findings (most not applicable to San Francisco Division)**
EC – jacketed subject code 219 task force cases: Chief wants to see the Inspection Service as the lead agency, significant contribution/participation that should be documented on CARs. No blotter arrests.
IC – area cases needed for blind testing; doesn't just want to see referrals, but more proactive, investigative efforts.
PMN – often no clear mail nexus; Kienzle is working prescription drug interdiction @SFO due to political pressure at HQ.
FWC – SF team ranked far above normal in results
Fraud – CAR forms generally poor, but not in SF
General case info – when jacketing cases, always include zip code (required w/CMS)

**Investigative Analyst (IA) Positions** – Chief wants IAs assigned to teams, not programs. New IA for EC, Michael Brandon, will be assigned to the San Jose EC team, and domiciled in SF. Job is not to do ISOT work, but analyze data, trends, etc., similar to job of special investigators. 28 of 156 planned IA positions now filled as initial pilot. Pilot programs also for Intelligence Analysts and Victim-Witness Coordinators.

**Stats for YTD** – Arrests up 25% from last year, 621 total for 4th best in the country. INC very pleased with results of the division overall, and commented about each of the teams. Security Team – "outstanding" especially airport review and 100% deficiencies corrected.

The 4 newest inspectors are assigned to assist FI until placed in their assignments on October 1. FI is biggest challenge for the division right now.

**Case Management** – "In the toilet" (INC's term)
Timeliness of reporting is a significant issue: it's gone from 89% to worst in the western area, way down since new management team arrived. Admittedly possibly due to the numerous assignment changes that have taken place. Emphasized need to concentrate on reporting, review all recently re-jacketed and transferred cases. There was some reporting that was more than 4 years overdue. ECA, at 3.7 days, was the best in the country.

**"Miracle"**, movie on 1980 US Olympic soccer team, shown at National Leadership Meeting – INC brought back some quotes he felt were applicable to the division:
- Stop crying and start sweating
- Great moments are born of great opportunity.
- Move forward starting now. (INC doesn't want to hear about "the old days."

INC Atkins mentioned **heart attacks and stress.** He discussed the need for outlets for stress, and making the time for working out. He wants team leaders to monitor this and emphasize physical fitness to team members. Make the time to work out even if it takes away from other work.

AIC Bethel discussed the following:
**Recent resource review** – kudos for the work put into preparation. The team scheduled 10 days for the review and completed it in 4.

**Division Inspection** coming up the week of August 16 – Tom Shipley is heading it up and will be reviewing 4 specific programs. Kat Derwey is coordinating the pre-review. The programs to be covered are:
1. Mail Covers – secured and documented properly, for SMCs must have 312s on file at HQ.
2. CI/CS Funds – AIC Greg Campbell is the division coordinator for this program
3. Investigative Expenses
4. NCIC

**Evidence Room** – Access for Entry is being re-evaluated, especially with the alarms all going over to the NLECCs. Space on the 4th floor has been cleared for low value evidence, prototypes of cages are being evaluated this week. The Quarterly Evidence Review was completed by Anita Beppu for compliance. Team leaders will be required to review 100% of high value evidence, and 25% of all other evidence on a quarterly basis = 100% annually. The form is completed on-line.

**BDS** – site coordinators were discussed, some designated, others will be determined. I'll provide what we have to Paul W. and Jeff K.

**Quarterly Status Reports** with narratives of significant cases must be submitted to Anita Cabano by this Wednesday for the Briefing Book.

INC Atkins – **Photo ID badges must be worn and displayed in all postal facilities including DHQ at EPC.**

**Admin** (Kaycee Graham for Sheilah) –
**Voyager card use** – submit legible receipts with driver name and vehicle number on each individual receipt at same time mileage is requested, not on every fill-up basis. She has to reconcile the info.
**Pay adjustments** are getting out of control again. You must notify the admin center ASAP if there are any absences or changes to leave so it can entered properly and before cut-off dates. Make sure the information gets to one of the responsible persons, and don't just leave a message in case of their absences.
**Budget** – not worth discussing it's so far gone. Handout with details provided.

**INC on complement** –
- 3 team leader vacancies – Sacramento interviews Tuesday, July 13, 2004, Campbell's and Cassidy's positions not approved for posting at this time. Frank Ducar's active duty status has been extended to January 2005.
- 3 ISLE 13 vacancies in Honolulu to be re-posted
- Other vacancies will also be filled via MTP (Mobility Transformation Policy)
- Change in status for new inspectors who were hired in 2001 at ISLE 10 – able to request ISLE 13 after 3 years, instead of 4 (ISM change). May result in several transfers from this division – we have 11 who were hired in 2001.

*And that's all, Folks!*

Linda Joe, scribe sitting in for Jeff K.

EXHIBIT 49

September 20, 2004 Team Leader Meeting

INC Atkins discussed the past year's accomplishments. At the IAFCI conference, Chief Heath praised the San Francisco Division. In '03, there were 505 arrests; in '04, there were 730. Atkins is very pleased with the overall performance of the division. His only concern is case management which has deteriorated, but believes it is due, in part, to confusion resulting from ISIIS.

Division inspector complement was thought to be 98 with only 87 on board when year started. New complement is 106. Although division management thought authorized complement was 98, according to the resource review it actually was 89. Our new complement increases it by 17 positions to 106. Increase in admin/support positions are 2 physical security specialists and 2 investigative analysts. Total division complement is 231.

New DCI West is Andy Clemmons, replacing Mike Ahern. Clemmons is mandatory in September 2005. ·
Janice Somerset will be moving to Annapolis although she will still be DCI South.
New DCI East is Bill Kezer, now INC New York.

The IG and Inspection Service functions are going to be examined by Steve Moe, a postal executive. He has relocated to DC and it will take 1 – 2 years for his review. Atkins: "No foreseeable changes in next year." We'll work good cases, but NO joint investigations; designated functions are already determined. No LOG keys will be issued or lent, no equipment, office space, copies of documents will be provided. The four key issues to remember are to be: vigilant, aggressive, non-defensive and professionally mature. If called, inform the IG folks they must go through channels – chain of command - and refer them to the AICs. Maintain courtesy, but at arm's length. "We're going to be here." Keep doing good work.

Update on IED letters from Ely Prison to governors – The Inspection Service is the lead agency, although the evidence is going to the FBI lab. DOJ decided we should take the lead and that all of the evidence should be kept with one agency and we (and ATF) do not have DNA capability. Steve Hofheins is the case inspector.

There are no plans to expand the IA program for a year.

The FY 2005 budget will be decreased by 5% (instead of the original 10 or 15%) – but we're still going to be over budget.
The IS 5 year plan should be out by December 31, 2004.

New credentials should be out in October.

New firearms should be selected by the Chief by October 15; delivery should be 60 days later. The manufacturers under consideration are Sig, Beretta and H&K, not Glock. There will not be an option to purchase the 9mm Berettas. The selected new weapon will be .40 caliber with a medium size frame. There will be a one-day

EC – jacketed subject code 219 task force cases: Chief wants to see the Inspection Service as the lead agency, significant contribution/participation that should be documented on CARs. No blotter arrests.

IC – area cases needed for blind testing; doesn't just want to see referrals, but more proactive, investigative efforts.

PMN – often no clear mail nexus; Kienzle is working prescription drug interdiction @SFO due to political pressure at HQ.

FWC – SF team ranked far above normal in results

Fraud – CAR forms generally poor, but not in SF

General case info – when jacketing cases, always include zip code (required w/CMS)

**Investigative Analyst (IA) Positions** – Chief wants IAs assigned to teams, not programs. New IA for EC, Michael Brandon, will be assigned to the San Jose EC team, and domiciled in SF. Job is not to do ISOT work, but analyze data, trends, etc., similar to job of special investigators. 28 of 156 planned IA positions now filled as initial pilot. Pilot programs also for Intelligence Analysts and Victim-Witness Coordinators.

**Stats for YTD** – Arrests up 25% from last year, 621 total for 4th best in the country. INC very pleased with results of the division overall, and commented about each of the teams. Security Team – "outstanding" especially airport review and 100% deficiencies corrected.

The 4 newest inspectors are assigned to assist FI until placed in their assignments on October 1. FI is biggest challenge for the division right now.

**Case Management** – "In the toilet" (INC's term)
Timeliness of reporting is a significant issue: it's gone from 89% to worst in the western area, way down since new management team arrived. Admittedly possibly due to the numerous assignment changes that have taken place. Emphasized need to concentrate on reporting, review all recently re-jacketed and transferred cases. There was some reporting that was more than 4 years overdue. ECA, at 3.7 days, was the best in the country.

**"Miracle"**, movie on 1980 US Olympic soccer team, shown at National Leadership Meeting – INC brought back some quotes he felt were applicable to the division:
- Stop crying and start sweating
- Great moments are born of great opportunity.
- Move forward starting now. (INC doesn't want to hear about "the old days."

INC Atkins mentioned heart attacks and stress. He discussed the need for outlets for stress, and making the time for working out. He wants team leaders to monitor this and emphasize physical fitness to team members. Make the time to work out even if it takes away from other work.

AIC Bethel discussed the following:
**Recent resource review** – kudos for the work put into preparation. The team scheduled 10 days for the review and completed it in 4.

Division Inspection coming up the Document August Filed 08/26/2008 is coming up and will be reviewing 4 specific programs. Kat Derwey is coordinating the pre-review. The programs to be covered are:

1. Mail Covers – secured and documented properly, for SMCs must have 312s on file at HQ.
2. CI/CS Funds – AIC Greg Campbell is the division coordinator for this program
3. Investigative Expenses
4. NCIC

**Evidence Room** – Access for Entry is being re-evaluated, especially with the alarms all going over to the NLECCs. Space on the 4th floor has been cleared for low value evidence, prototypes of cages are being evaluated this week. The Quarterly Evidence Review was completed by Anita Beppu for compliance. Team leaders will be required to review 100% of high value evidence, and 25% of all other evidence on a quarterly basis = 100% annually. The form is completed on-line.

**BDS** – site coordinators were discussed, some designated, others will be determined. I'll provide what we have to Paul W. and Jeff K.

**Quarterly Status Reports** with narratives of significant cases must be submitted to Anita Cabano by this Wednesday for the Briefing Book.

INC Atkins – Photo ID badges must be worn and displayed in all postal facilities including DHQ at EPC.

**Admin (Kaycee Graham for Sheilah)** –
**Voyager card use** – submit legible receipts with driver name and vehicle number on each individual receipt at same time mileage is requested, not on every fill-up basis. She has to reconcile the info.
**Pay adjustments** are getting out of control again. You must notify the admin center ASAP if there are any absences or changes to leave so it can entered properly and before cut-off dates. Make sure the information gets to one of the responsible persons, and don't just leave a message in case of their absences.
**Budget** – not worth discussing it's so far gone. Handout with details provided.

**INC on complement** –
- 3 team leader vacancies – Sacramento interviews Tuesday, July 13, 2004, Campbell's and Cassidy's positions not approved for posting at this time. Frank Ducar's active duty status has been extended to January 2005.
- 3 ISLE 13 vacancies in Honolulu to be re-posted
- Other vacancies will also be filled via MTP (Mobility Transformation Policy)
- Change in status for new inspectors who were hired in 2001 at ISLE 10 – able to request ISLE 13 after 3 years, instead of 4 (ISM change). May result in several transfers from this division – we have 11 who were hired in 2001.

*And that's all, Folks!*

Linda Joe, scribe sitting in for Jeff K.

# EXHIBIT 50



# U.S. POSTAL INSPECTION SERVICE

# NATIONAL COMMUNICATION

| | | | |
|---|---|---|---|
| **Date:** | 6/1/2005 | **Category:** | Transfer |
| **From:** | San Francisco Division | **Contact Name:** | Atkins, W P |
| **Case #:** | | **Contact Phone:** | 415-778-5999 |
| **Subject:** | Jim Rodrigues, Sr. Technical Surveillance Specialist | | |

Jim Rodrigues, Sr. Technical Surveillance Specialist, has accepted a position with the USPS Office of Inspector General, effective June 11, 2005.

Jim has been with the Postal Inspection since July 2002 and during his tenure has been a valuable asset to the Inspection Service.

Please join me in wishing Jim much success in his new position.

From:
Sent:                    Wednesday, June 01, 2005 11:38 AM
To:
Subject:                 WILL SIGN CARD - FW: CANCELED - FW: Rodrigues luncheon 06-10-05

Sure will – I will do it right now.

---

**From:** 
**Sent:** Wednesday, June 01, 2005 11:34 AM
**To:**
**Subject:** CANCELED - FW: Rodrigues luncheon 06-10-05

I hope you haven't sent the money for Jim – the luncheon has been canceled. InC Atkins only wants cake for employees leaving for other agencies. Lunch for retirements are still okay as long as it's for everybody.

Thank you very much.

---

**From:** 
**Sent:** Wednesday, June 01, 2005 10:51 AM
**To:**
**Cc:**
**Subject:** FW: Rodrigues luncheon 06-10-05

Thank you very much for your generosity. I'm sorry you can't make lunch, but if you, can you sign the card Florita made for him in the SFDHQ lunchroom? There are other cards to be signed there also (Ken Moseley, Spencer Chew, Bob (F&TS), etc.) if you can. If you want me to sign Jim's card for you, please let me know.

Thank you again.

---

**From:** 
**Sent:** Wednesday, June 01, 2005 10:24 AM
**To:**
**Subject:** FW: Rodrigues luncheon 06-10-05

Hi
$ coming in to your for Jim from
Thanks,



1

**From** ▓▓▓▓▓▓
**Sent:** Wednesday, June 01, 2005 10:14 AM
**To:** ▓▓▓▓▓▓
**Subject:** RE: Rodrigues luncheon 06-10-05

▓▓▓▓▓▓ I sent over some $$ for Jim.  I can't attend lunch.

▓▓▓▓▓▓

---

**From:** ▓▓▓▓▓▓
**Sent:** Tuesday, May 31, 2005 1:05 PM
**To:** San Francisco Division Distribution List
**Subject:** FW: Rodrigues luncheon 06-10-05

ALL PERSONNEL
SAN FRANCISCO DIVISION:

Please respond to Linda Ng by Tuesday, 06-07-05, at 415/778-5834, or LSNg@USPIS.gov.

<< File: 2005-06-10 RODRIGUES luncheon.ppt >> 

▓▓▓▓▓▓

2

# EXHIBIT 51

Subj:       FW: National Leadership Team minutes
Date:       8/29/2006 1:19:56 PM Pacific Standard Time
From:
To:

---

From: Post, Marian K
Sent: Tuesday, August 29, 2006 1:09 PM
To: Greenspan, Marius E; Guerra, David R; Howard, Quan P; Kovacs,
Jeffery J; Silva, Keith D; Terry, William T; Thiede, James C
Cc: Diaz, Araceli S
Subject: FW: National Leadership Team minutes

Thanks to Sally for typing these notes. Next time it will be on me!

---

From:     Diaz, Araceli S
Sent:     Tuesday, August 29, 2006 1:05 PM
To:     Ducar, Frank L; Stephens, Robert L; Hummel, John E; Woo, Jim Y;
Rickher, James M; Wong, Andrew G; Derwey, Kathryn M
Cc:     Howard, Quan P; Venegas, Teresita L; Edwards, Carole L; Perada,
Rita M; Abe, Alice S; Abe, David A; Gamez, Diana L; Castor, Sheilah N;
Mendes, Barbara L; Lim, Jay T; Johnson, Leroy J; Post, Marian K
Subject:     National Leadership Team minutes

To all:

On Friday August 25, 2006, Bernard met with Marian and me to discuss the
National Leadership Team meeting results. Below are the minutes from our
meeting:

*    Chief Heath announced he will retire on January 31, 2007.  He
said his daughter wants to become an inspector and that has motivated
his decision to retire.  He has no idea who his successor will be.

*    Regarding the last two team leader vacancies, the selection
panel recommended two names for the positions. Therefore, Bernard
selected Quan Howard to become the San Francisco Mail Theft team leader
and Keith Silva to become the Miscellaneous team leader here in San
Francisco.

*    Bernard said the only student destined for the San Francisco
Division currently in the academy resigned last week.

*    The Chief was pleased to announce that 17 out of 24 MTP postings
had been filled.

*    The OIG wants write access to FCD.  They currently only have
read access.  No decision has been made in this regard yet but the
consensus from the field INCs is that they should get write access so
there is no reason/excuse for the OIG to later say they were
unsuccessful because the Inspection Service failed to...

*    Chief stressed to continue to keep track of referrals sent to
the OIG.

*    Regarding retirement and those inspectors transferring to the

Sunday, September 16, 2007 America Online: NenengLee

OIG, no transferee is to obtain his/her inspector badge upon retirement from the OIG.  There was conflicting information in the field.  This came up because Susan Baughan had inquired of it thinking the agency would encase both her inspector and OIG badges upon retirement. That is not the case.  Chief and Legal department determined an inspector will only receive their encased inspector badge if they retire as an inspector.

*   Regarding the transition, as information, the National Association of Postal Supervisors is representing our support staff nationwide. Headquarters requested all divisions to provide the names of postal employees currently detailed to the USPIS. We need to maintain a legitimate reason for retaining these employees on detail. The names submitted from the San Francisco Division are: Carol Washington in Stockton, Lupe Bocog in Oakland, Freda Devers in Richmond and Julie Banks in SF.  As additional information Julie Banks' last day on detail to us is this Friday as she has accepted a new detail opportunity in South San Francisco.

*   Chief stated there are eight classes scheduled for next year.

*   Chief reminded everyone that the ombudsman is an anonymous way to send information through.

*   Dr. Shaw retires at the end of September 06.  Dr. Curran will take his place.

*   Larry Katz informed everyone that they have contracted a paralegal to assist the USPIS with the Admin Action goal effective October 1, 2006.

    -   Chief reminded everyone that emails are not secure. Therefore, limit what you say on email to what you would share
        with the world as a rule of thumb.

*   Regarding the Security Force - Total number of complement nationwide was reduced but we still don't have them where we need them. We are over complement in Chicago by 20, Los Angeles by 20, Newark by 12, and Philadelphia by 15.  Three PPO Supervisors nationwide will be redirected.

*   The PPOs and NAPS met last Wednesday. We do not know the results of that meeting.

    _   Human Resources is now closed. - OPFs are now with Corporate Personnel Management. The Legal Department will
        Coordinate with HR if absolutely necessary.

*   Regarding Security Force Magistrate Citation Program, Chief said he does not want security force tied up in court
    dealing with tickets, etc.

-   JTTF - The FBI wants everyone who works with the JTTF to be polygraphed. Our agency's position is that we will polygraph our own inspectors if necessary to comply with this requirement. INC Ferguson would like to know if anyone has been asked to be polygraphed, if participating in JTTF.

.  INCs were told they are not to have discussions with inspectors regarding being contracted following retirement – ethics issue.

Inspectors requesting non-competitive consideration for job vacancies will at least be granted an interview.

Discussion was made regarding some states allowing taped interviews. Reminder was given that federal law requires consent or ES policy applies.

Title 18 USC 1038 allows for prosecution of hoax packages - civil remedies may be sought against suspects for e.g., closing of facilities, etc.

Katz stated "H" cases are down. OIG is still slow at returning their case reports. Formal EEO complaints are down from SPLY; informal complaints are slightly up from SPLY (attributed to transition)

Maryann Munley - FY 07 objectives discussed. Discussion regarding Objective 6 - Intelligence. Input from field that this should be a headquarters type of goal as it should not be force-fit; that equipment should be invaluable. Weight on this goal is 25%.

Budget - goal is to spend 100% - Hoping to get additional allowance next year for gas increases.

Professional/Technical/Administration transition - 116 employees opted for VERA

153 positions have been filled

September 13, 2006 - Specific RIF Notices will be sent either advising employees of their new status or indicating the RIF effective date of November 10, 2006 at which time employees will have 30 days remaining on the postal service rolls. Those employees will then be able to place their names on a reinstatement list for 2 years.

Technical Operations Teams - Bob Vincent - Sometime in September nominees will be solicited from the field for technical trainees. Training is tentatively planned during Quarter 2 FY 07.

Pay for Performance - Plan is to start in FY 08. Please ensure any folks leaving the agency that are in PFP submit their End of Year objectives before they leave. (word document)

Brady - Discussed the Strategic Plan for FY 07 - 11 (handout given)

Security Pilot Program - INC Ferguson has been given oversight for the Pilot Program that the SF Division will be doing with the Pacific Area. A Comprehensive Security Plan has been developed through Group 1 Security at Headquarters. We will be mirror that plan here.

Alpha Project - Sponsored by a DCI or INC - new members are:

Sean Tiller, AIC

Randy Till, AIC

Diane Torpey, AIC

Nefti Carrasquillo, AIC

Revenue Fraud - Power Point presentation; Hand-out provided

Brady Visit - DCI Brady and the ombudsman will be here September 11th. DCI Brady to address the Division. The Ombudsman will be here the 12th as well for anyone who would like to meet with him.

Imprest Fund vs. Investigative Expenses/ donut purchases for pre-operation meetings were discussed with the INC. INC Ferguson stated that donuts purchased for briefings will not be reimbursed by the Division unless special circumstances exist, such as the Walnut Creek fire, in which case the money will be reimbursed via imprest fund with prior approval from the INC. Imprest Funds are reimbursable through completion of an 8230 form. The old cover sheet form is now obsolete.

Sheilah Castor later was called into the meeting and discussed the latest information with the transition.
ISLE progression tracking, etc will not be the responsibility of the Division. Vacancy Announcement Program and the paperwork surrounding VAPs are also going to be handled at the Division level.

General Analyst, ISOT and Admin Specialist duties were discussed. A meeting is scheduled for August 29 with the GA's and support staff. The results will be provided as soon as possible.

Effective October 1, 2006, external crimes teams will be responsible for completing security surveys at those offices experiencing a burglary or robbery.


I will be clarifying any information regarding the above at the earliest opportunity, in person.

Sally

EXHIBIT 52

# National VOE/WEI Training Requirements

FY 2005



☑ **20 hours** total training for ISES, PCES, ISLE and EAS-15 and above employees, which includes 4 hours mandatory Workplace Environment Improvement training and 2.5 hours mandatory VOE.

☑ **8 hours** total training for EAS-14 and below employees; including 4 hours mandatory WEI and 2.5 hours mandatory VOE.

☑ **8 hours** total training for bargaining unit (craft) employees; including 4 hours mandatory WEI and 1.5 hours mandatory VOE.

| WEI | VOE |
|---|---|
| Each year employees must complete four hours of Workplace Environment Improvement (WEI) training. Three hours of the material are mandatory. See A and B below. One additional hour will be identified later.<br><br>*Mandatory Training:*<br>A) The theme for this year's training is *"Shaping Our Future Together,"* and it consists of eight interactive discussion topics or "service talks." The talks should be given in specific order and should be done periodically over the course of the year; ideally, no more than one a month. When all eight topics have been discussed, two hours of credit are earned under Course Number 18201-18.<br><br>This WEI training material is available on the EAP/WEIB Web page at:<br><br>http://blue.usps.gov/hrisp/wei/welcome.htm.<br><br>B) *USPIS/OIG Working Together,* **Course Number 12201-00. This video features PDMG John Nolan addressing the leadership teams of the USPIS and OIG and stressing the need for communication and cooperation between the two entities. He clarifies the responsibilities of each organization, and the need to work together for the good of the Postal Service. One hour of WEI credit.** | Disability Awareness and Workplace and Sexual Harassment Awareness Prevention Training will be mandatory for all employees.<br><br>To meet the Disability Awareness training requirement, all employees must complete 30 minutes of training. This training includes a video entitled "Disability Awareness" and one service talk entitled "Helpful Hints for Interacting with Persons with Disabilities." You can access this training at http://blue.usps.gov/diversitynet/specialE/welcome.htm<br><br>To fulfill the Workplace and Sexual Harassment Awarene and Prevention training requirement, PCES/EAS employee must complete two hours of training and bargaining employees must complete one hour. Four service talks h been developed for all employees entitled "Strategies for Improving Customer and Workplace Effectiveness." The service talks were designed to address the need for respe in the workplace, and to provide specific skills in interpersonal relationship building and conflict manageme Each service talk is approximately 15 minutes in length. PCES/EAS employees can self study the service talks for one hour and select other training options for the second hour from the training matrix which can be accessed at http://blue.usps.gov/diversitynet/sexual/welcome.htm |

# EXHIBIT 53

Subj:       **New chief P.I.**
Date:       1/13/2007 3:12:41 PM Pacific Standard Time
From:       jburkhardt1@austin.rr.com
To:         Undisclosed-Recipient:;

**Subject:** MESSAGE FROM CHIEF POSTAL INSPECTOR ALEXANDER LAZAROFF
**Importance:** High

**January 12, 2007**

**All Personnel**

**U. S. Postal Inspection Service**

Recently, I held a meeting with all of the Postal Inspection Service headquarters and field leaders. The purpose of this meeting was to first introduce myself and then to discuss the direction I wish to take our organization. I will get out to each division and speak to all of you, but until that time, I would like to share with you the main points of my conversation with the deputies, assistant chiefs, INC's, PCES executives and AIC's.

My background and what I believe I bring to the U. S. Postal Inspection Service:

I began my career in the Postal Service in 1973 as a clerk and then as a supervisor.

I graduated from the University of Massachusetts and obtained a MBA from the University of Rhode Island.

I entered the Postal Inspection Service in January 1977.

I was promoted to team leader in 1982.

I left the Postal Inspection Service at the end of 1984 for an executive position in the Postal Service.

I served in a number of executive positions, such as; Plant Manager, MSC Manager, Manager of Operations Support, District Manager and for the last four years as an Area Vice President.

What I bring to the position of Chief Postal Inspector is knowledge of the business, headquarters operations and some knowledge and experience with

the Postal Inspection Service.

<u>Concepts regarding the Postal Service and the Postal Inspection Service:</u>

The Postal Inspection Service is part of the Postal Service, not a stand alone agency. We need to know more about the business to be able to provide the right level of support.

The Postal Service has enormous potential to grow both domestically and internationally.

We (the Postal Inspection Service) are responsible for the security of the mail, all postal resources, postal personnel and for the protection of customers from criminal attack…and we will grow along with the Postal Service.

Our strategic focus along with strengthening our traditional efforts regarding fraud, external crimes, prohibited mailings, etc. must include Homeland Security, Emergency Preparedness and International investigations and security.

We have a rich history of excellent law enforcement work, very talented people and we are more than up to the challenge of the current and future needs of the Postal Service.

<u>Our focus for 2007:</u>

We will eliminate the rift with the OIG. It has become an obsession that distracted us from our real mission. I established a transition team to work out all remaining issues with the OIG. In 2006, prior to the formation of the transition team, it was agreed that the Postal Inspection Service would work HCR drivers and the OIG would work other contractor mail theft investigations. The issue with the OIG must be put to rest so we can focus on the enormous opportunities for us to align with the parent organization and grow in more productive areas.

We will build on our strength of investigative competency.

We will support our people.

We will learn the business of the Postal Service and align our efforts with the needs of the Postal Service.

We will build our Homeland Security and Emergency Preparedness

capabilities.

We will build our International Criminal Investigations and Security capabilities.

We will walk the talk and provide positive leadership.

In closing, let me say that I will continually report our progress to you. The recent meeting with the leadership was a great start as they provided significant suggestions about how we can improve our organization. I am tremendously enthusiastic about our direction, opportunities and having the talented people to move the organization in the right direction.

Most sincerely,

Alexander Lazaroff

Chief Postal Inspector

# EXHIBIT 54



# Postal Inspection Service *News*

**Vol. 2 No. 4** · *A monthly publication of the U.S. Postal Inspection Service* · **April 2008**

## In this issue...

Philadelphia Ribbon-Cutting ........ 2

Recent Retirements ...................... 3

Corporate Fraud Convictions ........ 6

Activity Report .............................. 6

Kudos ............................................ 7

Hacker Pleads Guilty ..................... 7

Sergeant Volunteers for MS ........... 8

## Former Bank of America VP Faints During Sentencing for Identity Theft

FORMER BANK OF AMERICA VICE President Robert Conner fainted during his sentencing hearing but revived in time to hear the judge sentence him to 9½ years in prison for masterminding an identity theft scheme that defrauded the bank out of more than $1.2 million.

The Postal Inspection Service led the investigation, which also resulted in indictments on related charges early this year against 16 others, including Missouri House Representative John Bowman. The 87-count indictment charged the group with crimes that included bank and credit card fraud. As part of the February 2008 sentence, the court ordered Conner to pay $1.45 million in restitution and forfeit his Hummer and GMC Yukon.

—continued on page 2

# National Consumer Protection Week Focuses on Financial Fraud



*Denver Division Assistant Inspector in Charge Tom Noyes spoke about consumer fraud protection at the Union Hill Veterans Hall in Kansas City, MO.*

THE POSTAL INSPECTION SERVICE and the Postal Service participated in the 10th annual National Consumer Protection Week (NCPW) by organizing numerous events and media interviews. They warned consumers against fake check scams, offered tips on how to prevent identity theft, and provided information on the Postal Inspection Service and what it does to protect them and their mail. NCPW took place March 2 through 8, 2008.

Led by the Federal Trade Commission, NCPW works to educate people to be smart consumers and protect themselves from becoming victims of fraud. Deputy Chief Postal Inspector Ken Jones and the Postal Service's Vice President and Consumer Advocate Delores J. Killette co-hosted a kickoff event at the National Capitol Station Post Office in Washington, DC.

"Since it began in 2007, the Fake Check Campaign has helped tens of thousands of Americans avoid falling for check scams, but many still haven't heard our message. That's why we're using this week to spread the word that the scammers are still out there and consumers need to steer clear of them," said Deputy Chief Jones.

The breadth and number of events and media interviews held by divisions to educate hundreds of thousands of Americans across the country is impressive.

*See pages 4 and 5 for highlights of division activities.*

UNITED STATES POSTAL SERVICE ®

Case 1:07-cv-02540-SBA   Document 1   Filed 02/20/16   Page 61 of 100

## FORMER VP SENTENCED

*continued from page 1*

Bank of America had authorized Conner to approve applicants for a small business loan program. Instead, Conner recruited co-conspirators to submit false applications for lines of credit, which they would not otherwise have qualified for. In all, 29 fraudulent credit applications were submitted.

The credit typically involved issuing a credit card, which Conner arranged to have mailed directly to him at the bank rather than to the applicant. He held meetings with "borrowers" to demand kickbacks, typically consisting of cash advances of $2,500 to $5,000, before handing over the cards. Borrowers could then use the remainder of the credit, usually about $25,000. In most cases, they made no effort to repay the loans.

Conner used some of the kickback money to buy a Yukon Denali SUV for his then-wife, a Mustang GT for his girlfriend, and a Hummer H2 for himself.

The investigation was a collaborative effort by the St. Louis Identity Theft Task Force, whose members include representatives from the Postal Inspection Service, Social Security Administration, St. Louis County Police Department, and U.S. Secret Service. The Postal Inspection Service became involved when an Assistant U.S. Attorney and the Bank of America security department separately asked for the agency's help in possible credit card fraud and identity theft cases.

"The work of the St. Louis Identity Theft Task Force really paid off. Conner is basically a financial predator who is now going away for a long time. He is greedy and clearly doesn't care about the people he exploited or the bank that paid his salary," said Chicago Division Postal Inspector Tom Kerns of the St. Louis Field Office, who handled the case.

Rep. Bowman pled guilty to paying Conner a $1,000 bribe to influence approval of a credit card. As part of the plea agreement, Bowman resigned from the House of Representatives at the end of January. On April 3, 2008, he was sentenced to five years probation and ordered to pay $19,874 in restitution for his part in the scam.

# Ribbon-Cutting at New Philadelphia Division Headquarters

WHEN THE UNIVERSITY OF Pennsylvania bought the historic Main Post Office at 30th Street in Philadelphia, PA, postal inspectors had to find a new home. Their division headquarters had been at that location for more than 70 years.

On February 22, 2008, in the midst of a wintry storm that hit the Philadelphia area, Chief Postal Inspector Alexander Lazaroff and Deputy Chief Inspector Ken Jones (a former INC of the division), were on hand for a ribbon-cutting ceremony marking the official opening of the new headquarters of the Philadelphia Division. The building is about six miles from the old facility and is across the street from the building that housed the former Eastern Region headquarters.

The facility is equipped to be an alternate training and testing site for the Postal Inspection Service. During the ceremony, Chief Lazaroff stressed the importance of embracing new technology, noting that state-of-the-art equipment in the main conference room will help postal inspectors do their jobs effectively and efficiently.

The technology includes video conferencing, flat-screen plasma televisions with Smart Board overlay, a programmable video remote with touchtone screen, cable access to enable postal inspectors to stay informed about national events, DVD and VCR capability, 120-inch drop-down screens, digital overhead projectors, document cameras, LAN access, and high-speed broadband Internet access.

During the ceremony Inspector in Charge Teresa Thome presented awards for outstanding service to PPO Captain John Buford, PPO Sergeant Michael Fetko, PPO Sergeant James Urbach, and Inspection Service Operations Technician (ISOT) Joan Thomas.



*Left to right: Deputy Chief Inspector Ken Jones, Assistant Inspector in Charge Oriey Glenn, and Rosemary Fox, South Jersey District marketing manager, look on as Chief Postal Inspector Alexander Lazaroff and Inspector in Charge Teresa Thome officially cut the ribbon to mark the opening of the new Philadelphia Division headquarters building.*

# EXHIBIT 55



# U.S. POSTAL INSPECTION SERVICE

# NATIONAL COMMUNICATION

| | | | |
|---|---|---|---|
| Date: | 3/14/2006 | Category: | Retirement |
| From: | Chief Postal Inspector | Contact Name: | L. R. Heath |
| Case #: | | Contact Phone: | 202-268-4264 |

Subject: Executive Retirement of Inspector in Charge John A. Wisniewski

John A. Wisniewski, Inspector in Charge, Philadelphia Division, has announced his plans to retire effective April 30, 2006. His retirement will bring to a close more than 28 years of outstanding service with the United States Postal Service.

Inspector Wisniewski's law enforcement career path began when he was appointed as Postal Inspector on April 22, 1978 and assigned to the Detroit Division where he was eventually promoted to Team Leader. In September of 1985, he transferred to National Headquarters where he was promoted to Program Manager and continued to excel in external crimes and prevention. Inspector Wisniewski then transferred to the Cincinnati Division where he was Team Leader from 1987 to 1991. In 1991 Inspector Wisniewski was reassigned to Pittsburgh, Pennsylvania, where he established and supervised the highly successful Financial Crimes Task Force of Southwestern Pennsylvania. In 2001 he received a Chief Inspector Award for his supervision of this multi-agency investigative group.

In 1999 Inspector Wisniewski had the honor of serving as a technical advisor for the Showtime Original movie "Inspectors 2" which premiered in 2000 at the Pittsburgh Byham Theater to a crowd in excess of 1,000 law enforcement and postal partners. In the days following the terrorist attack of September 11, 2001, he was the Inspection Service supervisory representative to the Pittsburgh Office of the FBI. Subsequent to this assignment, Inspector Wisniewski represented the Inspection Service as the supervisory case agent for the anti-abortion terrorist Clayton Lee Wagner investigation.

In May of 2002, Inspector Wisniewski was promoted to Assistant Inspector in Charge (AIC), Pittsburgh Division. During his tenure as AIC, Inspector Wisniewski served as Acting Inspector in Charge (INC) at the Pittsburgh, and San Francisco Divisions. While serving as Acting INC at the San Francisco Division, he received a second Chief Inspector Award for his outstanding performance. In January 2005 Inspector Wisniewski was promoted to Inspector in Charge, Philadelphia Division, where he was responsible for investigative and security operations in Eastern and Central Pennsylvania and the state of Delaware.

Through his leadership, institutional knowledge, and interpersonal skills, the Inspection Service organization has been strengthened.

Inspector Wisniewski will be truly missed for his leadership, professionalism, and commitment to the Inspection Servie organization and those he has served. I take this opportunity to express our appreciation for his outstanding contributions and many years of service.

EXHIBIT 56



# U.S. POSTAL INSPECTION SERVICE
# MANAGEMENT COMMUNICATION

| | | | |
|---|---|---|---|
| DATE: | 4/25/2005 | CONTACT NAME: | Bellinger, Vivian |
| FROM: | Human Resource Performance | CONTACT PHONE: | 703-280-3953 |
| DUE: | | | |
| SUBJECT: | Diversity Liaison Training Program | | |

The Postal Inspection Service is in the process of revamping our Diversity Program with a view toward aligning it to better support our core mission.  The first step in the process was articulating the business case for Diversity in the Inspection Service.  Toward that end, the Diversity Business Case was written in FY 2004.  This document outlined the strengths, weaknesses, opportunities, and threats that face the Inspection Service compared to experiences in the private sector, other federal agencies, and the U.S. Postal Service.  Two of the key strategies to meet the challenges facing the Inspection Service are to build support for diversity development by cultivating awareness, participation, and leadership competencies at all levels of our organization and focusing on our primary challenges in areas of recruitment, development, and retention.

Our goal is to move diversity development from social event planning to alignment with Inspection Service goals and strategies at both the headquarters and field levels.  A network of Division Diversity Liaisons, formerly known as Division Diversity Coordinators, will coordinate national and local diversity development programs related to recruitment, retention, training, and development.  They will receive training to enable them to assist their division recruiters with outreach efforts and targeted recruitment; analyze Voice of the Employee survey data for their respective divisions; formulate strategies to improve VOE response and favorability ratings; assist with coordination of national and/or local development programs; assist with data gathering, barrier analyses, and action planning to ensure full inclusion and participation of all employees in fulfilling the mission of the Inspection Service.

Under the leadership and guidance of the Manager of Workforce Strategic Planning, Division Diversity Liaisons will share best practices from their respective divisions and assist in integrating these practices into our national Diversity Development Program. They will assist in writing standard operating procedures for Division Diversity Councils which will replace Diversity Committees in the Inspection Service.  They will participate in setting direction and establishing measurements to demonstrate the value of diversity

➢ Strategic Thinking:  Makes thorough, realistic assessment of current state using relevant information and data; develops strategies and action plans to meet realistic, attainable, and actionable goals.

➢ Judgment/Decision Making:  Appropriately analyzes the situation and relevant data prior to making a decision; considers the people and their surroundings impacted by decision; identifies and considers the impact of high risk diversity activities that may require a higher level of technical knowledge and expertise to avoid potentially divisive impact on the workforce.

➢ Excellent listening, written, oral communication and presentation skills.

**Desirable Attributes:**

➢ Awareness of personal values, beliefs, and biases regarding individual differences;

➢ Willingness to address conflicts that may arise as a result of the different dimensions of diversity;

➢ Commitment to constant renewal of technical knowledge and skills in the area of diversity development

# EXHIBIT 57



IN "S" DRIVE DATED 11/17/04 pm

# EXHIBIT 58



# U.S. POSTAL INSPECTION SERVICE
# MANAGEMENT COMMUNICATION

| | | | |
|---|---|---|---|
| DATE: | 6/28/2005 | CONTACT NAME: | Bellinger, Vivian J |
| FROM: | Human Resource Performance | CONTACT PHONE: | 703-292-3953 |
| DUE: | 6/29/2005 | | |
| SUBJECT: | Secretary, EAS-16 and Secretary, EAS-14 | | |

This is to advise that Human Resource Performance is in receipt of a recent memorandum regarding succession planning for executive secretary positions.  The memo, signed by Dewitt Harris, Vice President, Employee Resource Management, has generated a number of inquiries concerning the difference between the EAS-14, Secretary position in the Inspection Service, and the EAS-16, Secretary position at Postal.  We are currently looking into this matter and will provide additional information as soon as possible.

Please direct questions and concerns to Margaret Eggleston, Manager, Organizational Research & Assessment.  She can be reached via email or at 703-292-4191.

# EXHIBIT 59

# UCSF Medical Center

General Internal Medicine
400 Parnassus Avenue
San Francisco, CA 94143-0320
Tel: 415/353-4624
Fax: 415/353-2640
TTY: 415/885-3889
www.ucsfhealth.org

University of California
San Francisco

August 5, 2005

To Whom It May Concern:

Ms. Marilyn Lee is a patient in my general medicine clinic at UCSF. Ms. Lee is a 51 year-old woman with no prior treatment of depression who reported feelings of sadness, sleep disturbance, fatigue, anhedonia, decreased energy, changes in appetite, decreased ability to concentrate on tasks, and psychomotor retardation. These symptoms have progressed over nine months to one year. Ms. Lee states that these symptoms developed and progressed during a time period of increased stress caused by performing the duties of a supervisor in her position of employment. These symptoms and duration meet criteria for Major Depressive Disorder.

I have prescribed an antidepressant and recommended a referral to a psychiatrist or psychologist for future evaluation and psychotherapy. Ms. Lee reports that she will see Celine Mitlyng for counseling. I will continue to follow Ms. Lee in my general internal medicine practice. Please call with any questions.

Sincerely,

Anne Porzig, MD
Resident Physician
Internal Medicine
University of California, San Francisco

CC: Marilyn Lee
Ellen Hughes, MD
Medical record

# EXHIBIT 60

## DETAILS

The following support personnel have served details and were able to return to their regular positions:

Sheilah Castor   Regular position: Administrative Specialist, EAS-21
                  Detailed to Bala Cynwyd, returned as Administrative Specialist

Anita Cabano   Regular position: Operations Coordinator, EAS-14
                  Detailed as Admin Specialist, returned as Operations Coordinator

Wanda. Smith   Regular position: EAS-11 ISOT
                  Detailed as Ad-hoc Recruitment Specialist EAS-19, returned as EAS-11
                  ISOT

Rita Perada   Regular position: EAS-11 ISOT  SF
                  Detailed as Forfeiture Specialist, returned as EAS-11 ISOT
                  Detailed Sacramento ISOT -11, returned as EAS-11 ISOT  SF

Carole Edwards:   Regular position: Forfeiture Specialist, EAS-14 (now an EAS-16)
                  Detailed to HQ, returned to Forfeiture Specialist

Florita Andres   Regular position: EAS -11 ISOT
                  Detailed as INC Secretary and returned EAS-11 ISOT

Alice Abe   Regular position: EAS-11 ISOT
                  Detailed as EAS-15 Mail Cover Analyst, returned to EAS-11 ISOT

**None of the above employees were detailed to other positions and then **NOT** allowed to come back to their regular positions. I am not aware of any of these individuals signing the 2003 petition.

EXHIBIT 61

RITA PERADA  (Barbara Mendes)

DURING THIS FISCAL YEAR RITA HAS SUPPORTED THE ID THEFT AND EXTERNAL CRIMES TEAM AT SAN FRANCISCO. SHE ALSO SERVED ON A FORFEITURE DETAIL AND ASSISTED WITH THE ASSESSMENT CENTERS CONDUCTED IN SAN FRANCISCO. RITA HAS A POSITIVE ATTITUDE AND WILLINGNESS TO WORK OUTSIDE NORMAL HOURS WHEN NEEDED. A SIGNIFICANT PORTION OF THE TEAM'S SUCCESSES CAN BE DIRECTLY ATTRIBUTED TO HER SUPPORT. IT SHOULD ALSO BE NOTED THAT RITA PARTICIPATED IN THE PLANNING OF THE DIVISION CONFERENCE IN MONTERY. I AM HAPPY TO PRESENT RITA WITH THIS AWARD.

LINDA NG  (Marilyn Lee)

WHILE SUPPORTING THE WORKPLACE VIOLENCE TEAM FROM OCTOBER THROUGH APRIL, LINDA EXCELLED IN ALL AREAS OF HER WORK ASSIGNMENT. SHE HANDLED NUMEROUS ASSAULT/THREATS CALLS, MAINTAINED A LOG OF THESE CALLS FOR FURTHER ANALYSIS AND PROVIDED HER EXPERTISE TO INSPECTORS IN REVIEWING THEIR REPORTS. LINDA ALSO PROVIDED DIRECT SUPPORT FOR THE IC/FI/RI TEAM. LINDA HAS ALWAYS COMPLETED ANY TASK ASSIGNED TO HER WITH ENTHUSIASM AND HAS ENSURED SHE PROVIDES QUALITY PRODUCTS FOR ANY TEAM SHE WORK WITH.

EXHIBIT 62



UNITED STATES POSTAL INSPECTION SERVICE

SAN FRANCISCO DIVISION

December 14, 2005

Anita Cabano is nominated for an award for her contributions to the San Francisco Division Forfeiture Program during Fiscal Year 2005. Anita was detailed to the Forfeiture Specialist position from October 1, 2004 to August 1, 2005. In addition to seizing and forfeiting assets, Anita organized, catalogued and labeled all items identified for disposition under the Property Disposition System (PDS) so that the PDS number, item description and serial number could be identified for each item. Prior to this, PDS items were not organized, catalogued or labeled. Anita also conducted the PDS physical inventory for Fiscal Year 2005. Anita's efforts as the Acting Forfeiture Specialist helped contribute to the continued success of the Division Forfeiture Program.

# EXHIBIT 63

**McDermott, Judy A**

| | |
|---|---|
| **From:** | Diaz, Araceli S |
| **Sent:** | Friday, March 04, 2005 1:27 PM |
| **To:** | Wilkes, Candace A; King, Regina J; McDermott, Judy A |
| **Cc:** | Kovacs, Jeffery J; Mendes, Barbara L; Bethel, Robert; Young, Mabel; Abe, David A |
| **Subject:** | Postal employee details |

For your information, postal employees Debra Caldwell and Freda Devers will begin their details with us at the BMC beginning Monday March 7th until further notice.
Freda Devers will be primarily assisting the IC team.

They have been instructed to meet me there at 9 :00 AM. Any questions, please let me know. Thanks.

EXHIBIT 64

Detail Assignment

| Employee | Days | Start | End | Detailed To | Level |
|---|---|---|---|---|---|
| Cabano, Anita | ongoing | 06/14/04 | | Forfeiture Specialist | 16 |
| Lee, Marilyn | ongoing | 06/14/04 | | IOSC - Admin Center | 14 |
| Graham, Kaycee | ongoing | 09/11/04 | | InC Secretary | 14 |
| Mendes, Barbara | ongoing | | | | |
| O'Leary, Kathleen | ongoing | | 09/03/04 | District Security Control Officer | 20 |
| Smith, Wanda | ongoing | | 12/31/04 | Recruitment Specialist | 19 |
| Perada, Rita | 90 | 03/15/04 | 06/11/04 | Forfeiture Specialist | 16 |
| Venegas, Teresita | 90 | 04/12/04 | 06/11/04 | EC DHQ | 11 |
| Andres, Florita | 90 | 06/14/04 | 09/10/04 | InC Secretary | 14 |
| Jones, Sharon | 30 | 03/06/04 | 07/30/04 | Bomb Case (re-evaluate @90) | 11 |
| Miller, Kelly | 30 | 03/06/04 | 07/30/04 | to SJ Dom 3/6 to 6/4 = 90 days re-evaluated @ 30 days) | 11 |

# EXHIBIT 65

STATEMENT OF WITNESS OBSERVATIONS:

At the request of Ms. Marilyn Lee, I presented myself as a witness to a meeting held on July 18, 2005. It was held at approximately 7:45 AM in the office of AIC Rob Bethel. Present were AIC Bethel, Administrative Specialist Sheila Castor and Ms. Lee. The meeting lasted approximately ten minutes.

AIC Bethel informed Ms. Lee she was being placed on immediate administrative leave because of recent events concerning her employment. He stated he wanted her to have some time off, calling it "a kind of time out" and a chance to take a break to regroup oneself. He stressed the most important thing was her personal wellbeing, and stated the services of EAP were available to her. AIC Bethel also stated she would need to go for a fitness-for-duty examination before returning to work.

Ms. Lee stated she had done a lot of work in preparation for an upcoming review she was scheduled to take part in. She asked if she would be permitted to continue working until the conclusion of the review. AIC Bethel stated it was not possible, as her placement on administrative leave was to be effective immediately, and Ms. Castor would collect her keys and ID cards in short order. He reiterated it was a "time out" period for her.

Ms. Lee asked, while on administrative leave, whether she could leave her residence to do personal things such as grocery shopping. AIC Bethel advised Ms. Lee the purpose of the administrative leave was not time off to conduct personal business, and she had to be available via telephone during usual work hours. He again reiterated the concept of a "time out" and the primacy of her personal well being. Ms. Castor concurred with AIC Bethel's concern for Ms. Lee's well being, and the requirement to be available via telephone.

Ms. Lee then asked if she could take some of her personal possessions before leaving, and both AIC Bethel and Ms. Castor assured her she could.

AIC Bethel asked Ms. Lee if she needed transport home or wanted to call some one to accompany her home. Ms. Lee requested transport to the Napoleon Street Annex where her husband was. AIC Bethel stated he would drive her there after she finished final details with Ms. Castor. He reiterated the availability of EAP services to her. Ms. Lee then left the office with Ms. Castor.

During the course of the meeting, Ms. Lee was given a copy of the letter placing her on administrative leave, and information on EAP self referral.

Benjamin A. Derderian
Postal Inspector

# EXHIBIT 66



UNITED STATES POSTAL INSPECTION SERVICE

SAN FRANCISCO DIVISION

July 15, 2005

Marilyn Lee
Inspection Service Operations Coordinator
San Francisco Division
SSN: 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

SUBJECT:  Placement on Administrative Leave

You are hereby placed on administrative leave (non-duty status with pay) effective July 18, 2005, while the Inspection Service reviews the circumstances surrounding your alleged stressful work environment.  You will remain in a non-duty status until advised otherwise by this office.

During this period you are not authorized access to Inspection Service offices.  You are instructed to report by telephone to Sheilah Castor, Administrative Manager, at (415) 778-5890, Monday through Friday, between the hours of 8:00 am – 9:00 am.  You may be called into work and should remain available for contact during the remainder of the day.  Your failure to report as instructed will be viewed as an act of insubordination and may result in severe disciplinary action being taken against you, up to and including removal.

If you have scheduled annual and/or sick leave which was previously approved, you will be charged the appropriate leave per your approved request.  For the period of your approved leave, you are not required to report by telephone as instructed above.

If, while in this non-duty status, you intend to leave the local commuting area or for any reason you are not available for contact for a specific period, including illness or injury, you must advise Sheilah Castor, in advance, if practical, and request appropriate leave.  Your failure to comply may result in the applicable day(s) being charged absent without leave (AWOL).

Annual leave will not be authorized beyond your maximum carry-over for the leave year.  Annual leave above your maximum carry-over at the end of the leave year will be forfeited.  Therefore, you should plan annual leave accordingly.

W.P. Atkins
Inspector in Charge

cc:  Manager, Human Resources

# EXHIBIT 67



UNITED STATES POSTAL INSPECTION SERVICE

SAN FRANCISCO DIVISION

August 16, 2005

Marilyn N. Lee
951 Bradley Drive
Daly City CA 94015-3667

The Inspection Service has become aware that you may be experiencing a psychological disorder which could adversely affect your ability to perform your duties in a safe and competent manner. Our concern raises a serious question as to your suitability for continued employment in your present assignment as an IS Operations Coordinator. In order to assist the medical director in reaching a decision regarding your fitness for duty, it will be necessary for you to undergo a mandatory psychiatric examination by an approved, board certified, psychiatrist. The Inspection Service's authority to order such a mandatory medical examination is contained in the ELM §864.3.

Arrangements have been made for you to be examined by Dr. Carroll Brodsky. You are to report for the examination as follows:

| | |
|---|---|
| Date: | Tuesday, August 23, 2005 |
| Time: | 9:00AM |
| Place: | Dr. Carroll Brodsky |
| | 350 Parnassus Avenue Suite 508 |
| | San Francisco, CA 94117 |
| | (415) 566-6300 |

You are required to make yourself continually available for examination by Dr. Brodsky until he releases you.

Dr. Brodsky has been thoroughly briefed on your past medical history and has been provided copies obtained from your official personnel file relative to your background, education, physical condition, and performance. You may wish to furnish Dr. Brodsky with additional medical documentation from your personal physician and/or psychiatrist.

For the purposes of this examination, you will be entitled to reimbursement for travel and per diem expenses.

P. O. BOX 882528
SAN FRANCISCO, CA 94188-2528
TELEPHONE: 415-778-5800
FAX: 415-778-5822

You are to cooperate fully with Dr. Brodsky and his staff. Your failure to cooperate in any way with this examination will be viewed as an act of insubordination which could result in severe administrative action being taken against you, up to and including removal. You will be advised concerning the results of this examination and your eligibility to continue your employment as an IS Operations Coordinator.

W. P. Atkins
Inspector in Charge

cc: Dr. Brodsky

EXHIBIT 68





SAN FRANCISCO DIVISION
ADMINISTRATIVE STAFF

Sheilah Castor
Admin Specialist
EAS-21

Teresita Venegas
ISOT
EAS-11

Anita Cabano
Ops Coord/Actg INC Secretary
EAS-14

Marilyn Lee
INC Secretary/Actg Ops Coord
EAS-14

Barbara Mendes
Operations Coordinator
EAS-14

Admin Center Support
DHQ
EAS-11

Kaycee Graham
Operations Coordinator
EAS-14

Domicile Support
All Domiciles
EAS-11

Team Direct Support
DHQ
EAS-11

EXHIBIT 69



# U.S. POSTAL INSPECTION SERVICE
# NATIONAL COMMUNICATION

| | | | |
|---|---|---|---|
| Date: | 8/25/2005 | Category: | Training |
| From: | Career Development Division | Contact Name: | Guss, Michael |
| Case #: | | Contact Phone: | 301-983-7362 |
| Subject: | Reasonable Accommodation Web-Based Training Mandatory Training for Fiscal Year 2005 | | |

Reasonable Accommodation in the Workplace, Course #19260-00, is mandatory FY 2005 training for certain employees.  This web-based course is self-paced and intended for non-bargaining employees who supervise the work of other USPIS career employees.

For Postal Inspection Service purposes, all Team Leaders, Operations Coordinators, Administrative Specialists, and Postal Police Sergeants are required to complete the first 13 modules of this training.  This course is intended to heighten awareness of the most recent developments in handicap law and reasonable accommodation issues, as well as to familiarize training participants with the required step-by-step, interactive process to identify reasonable accommodations, when appropriate.  Participants are encouraged, but not required, to take the additional four modules, which are reserved for employees who have direct responsibility for reasonable accommodation decisions, as well as for those employees who advise others on reasonable accommodation issues.

Although other Postal Inspection Service managers are not required to take this course at this time, they are encouraged to do so to acquire an understanding of handicap and reasonable accommodation issues.  They will also receive additional training on reasonable accommodation in FY 2006.

To access Reasonable Accommodation in the Workplace, Course #19260-00, please go to http://blue.usps.gov/hrisp/ser/ra_webpage.htm.

If you have any questions, please contact Susan Barela (703) 292-4126 or Patricia Ward (513)·684-8042.


UNI
POS

United States Postal Service Intranet



Home          My Work          My Life          Inside USPS                    Tuesday, /

**ERM Home**                    « Previous

⋮ Organizations

» Selection Evaluation and Recognition

» Compensation

» Corporate Personnel Management

» EAP/Workforce Environment Improvement

» Employee Development

» Field Policies and Programs

» Health & Resource Management

» Human Capital Enterprise

» Human Resources Application Support

» Organizational Design and Management

» Safety Performance Management

» Strategic Business Outlook

The Reasonable Accommodation in the Workplace self-paced web course #19260-00 is for EAS supervisors, postmasters level 15 and above, reasonable accommodation committee members, and any other employee who has direct responsibility for reasonable accommodation decisions. (For a full description of the persons for whom the training is mandatory, click on Course Overview and Content.) Upon completion of this course, trainees will click on a Certificate page with instructions for receiving 6 hours credit.

The course is available in two places:

1.  Exempt EAS and PCES employees can access the course from eLearning Blue by clicking on this link: http://hrishq.usps.gov/lms/.
    - Click on "Enter USPS Learning."
    - Use your ACE logon ID password to access the system. It's the same information you use to log on to your computer.
    - Select Communicating Policy/Program Information from the menu.
    - Select the course Reasonable Accommodation in the Workplace.
    - Click the "go" button to launch the course.
    - Select course view by clicking "Download this course." Then, click "Start Session."
    - The current system only bookmarks the day you log on. If you do not complete the training in one sitting, write down where you left off so you can easily start where you left off the next time you log on. Do not restart the course.

2.  EAS non-exempt employees:
    - Launch Reasonable Accommodation Course 19260-00.

    Upon completion of the course, you must print the Certificate of Completion and provide it to local training officials for entry into the National Training Database for credit.

Click here for Course Overview and Content.



United States Postal Service Intranet

Search | Contact Blue | Help

    Home    My Work    My Life    Inside USPS    

Tuesday, /

**ERM Home**

**Organizations**

» Selection Evaluation and Recognition
» Compensation
» Corporate Personnel Management
» EAP/Workforce Environment Improvement
» Employee Development
» Field Policies and Programs
» Health & Resource Management
» Human Capital Enterprise
» Human Resources Application Support
» Organizational Design and Management
» Safety Performance Management
» Strategic Business Outlook

« Previous

Reasonable Accommodation Web-Based Training, Course 19260-00

**Course Overview**

This course contains a total of 17 lessons covering:

- The law of reasonable accommodation, including: definitions of disability, major life activities, essential functions and undue hardship; the requirement for individualized assessment, and employment scenarios.
- Reasonable accommodation decision making process, i.e., determine whether disabled, determine essential functions, etc.
- Formation and function of the Reasonable Accommodation Committee and record-keeping requirements.
- Reasonable accommodation in the examination, prehire and other selection processes.
- Reasonable accommodation after appointment.
- Relationship between reasonable accommodation requirements, injury compensation requirements, limited duty, light duty, and the collective bargaining agreements.
- Disability awareness/sensitivity.
- The role of medical personnel in disability-related inquiries and on reasonable accommodation committees.

This web-based training is self-paced and can be completed in one session of 6 hours or over several sessions at your option. Learning throughout is reinforced with reviews at the end of each lesson. Upon completion of the course, a certificate can be printed to update your training record.

**Content**

- Lesson 1: What You Must Know About The Law
- Lesson 2: Disability Awareness
- Lesson 3: Introduction to Reasonable Accommodation (RA)
- Lesson 4: The RA Process, Step 1
- Lesson 5: The RA Process, Step 2
- Lesson 6: The RA Process, Step 3
- Lesson 7: The RA Process, Step 4
- Lesson 8: The RA Process, Step 5
- Lesson 9: Time Frames for Processing Requests for Reasonable Accommodation
- Lesson 10: Denying a Requested Accommodation
- Lesson 11: Record Keeping
- Lesson 12: RA After Appointment
- Lesson 13: Limited Duty, Light Duty, Permanent Rehabilitation Positions, and the Rehabilitation Act
- Lesson 14: RA in the Examination Process and Other Assessment Processes*
- Lesson 15: Employment and Placement Procedures*
- Lesson 16: Role of the RA Committee*
- Lesson 17: Role of Medical Personnel; Disability Related Inquiries*

*Lessons 1 through 13 are mandatory for all EAS supervisors, as described in the next sentence, and all level 15 and above postmasters. For purposes of this requirement, an EAS supervisor is an EAS employee who supervises the work of other USPS employees, and who does not

Lessons 1 through 17 are mandatory for any other employee who has direct responsibility for reasonable accommodation decisions. For purposes of this requirement, this means:

1. PCES and EAS employees who are members of Reasonable Accommodation Committees.

2. Medical staff—employees and contractors.

3. EAS employees who advise others on reasonable accommodation decisions, for example:
   a. Personnel staff and contractors involved in testing, hiring, bidding and separations.
   b. Safety personnel.
   c. EEO Dispute Resolution Specialists.EEO Compliance and Appeals Specialists.
   d. Diversity Development Specialists.
   e. Training personnel.
   f. Labor Relations Specialists.
   g. Injury Compensation Specialists.

4. Other personnel involved in handling issues of reasonable accommodation as determined by the Manager of Human Resources.



3. Introduction to Reasonable Accom

*Identifying and Processing a Request for Accommodation*

Requests for reasonable accommodation can be made orally or in writing by the individual or someone on behalf of the individual. To request an accommodation, an individual may use plain language and need not mention the Rehabilitation Act or use the phrase "reasonable accommodation." Requests can be made to the employee's supervisor, manager or local manager of human resources. A job applicant may make a request for accommodation to the examiner, selecting official or local manager of human resources.

When you receive an accommodation request, you are responsible for promptly processing that request using the guidance in the EL-307. Whether a written or oral request was received, you must act promptly by engaging the requestor in informal dialogue to

determine exactly what accommodation is being requested, the reason for the request, the nature of the impairment and major life activity affected, the essential functions requiring accommodation, and whether the accommodation need is time sensitive. A Reasonable Accommodation Confirmation Form is a tool available for your use in gathering information and documenting a request for reasonable accommodation (it is available in this training course by clicking on the link below). Alternatively, many districts and areas have Reasonable Accommodation Committees to whom you should refer the request for processing.

As a manager, you are also responsible for providing reasonable accommodation when an employee with a known physical or mental impairment is observed having difficulty performing the essential functions of his or her job because of his or her impairment.

**Confirmation of Request for Reasonable Accommodation**

**Course 19260-00**

 



2. Disability Awareness

Lesson 2, Screen 5 of 10

*Supervision Employees With Disabilities (continued)*

If you supervise or manage a person with a disability, be aware that an employee who relates a physical or mental impairment to a problem performing the job may be asking for reasonable accommodation. You do not have to be an accommodation expert, but you do need to recognize a request for accommodation when you receive one and ensure that it triggers a decision-making process. Failing to do so could lead to costly lawsuits, complaints and grievances.

Resources are available if you need help determining if the person is a qualified employee with a disability or to change a method of doing a job for a person with a disability. Materials that will be helpful to you include:

- Handbook EL-307, Reasonable Accommodation, An Interactive Process.

- Poster 315, Reasonable Accommodation Process.

- Publication 316, Reasonable Accommodation in the U.S. Postal Service, A Guide for Employees and Applicants.

- Publication 317, Manager's Guide to Reasonable Accommodation.

**Course 19260-00**

 

# EXHIBIT 70